**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:

BOATHOUSE OYSTER BAR, INC.,

CASE NO.: 26-31011-MWC
CHAPTER 11

Debtor.
________________________________/

# CHAPTER 11 CASE MANAGEMENT SUMMARY

Boathouse Oyster Bar, Inc. ("Debtor") files this Case Management Summary and states as follows:

1. **Description of Debtor's business:**

The Debtor is a restaurant and bar in Destin, Florida.

2. **Location of Debtor's operations and whether leased or owned:**

The Debtor's operations are located at 288 Harbor Blvd., Destin, FL 32541. The Debtor leases its premises.

3. **Reasons for filing Chapter 11:**

The Debtor's owner, Melissa Schofield, acquired the Debtor in 2018. Between the effects of the COVID-19 pandemic and litigation that Ms. Schofield was involved in personally, the business suffered.

Those events led to the business taking out high interest MCA loans and falling substantially behind on payroll tax obligations. The Debtor was sued in state court by at least one MCA creditor who obtained a judgment against the Debtor.

The Debtor filed this case to stabilize its cash flow and give it sufficient time to pay its secured creditors, priority tax debt, and a dividend to the unsecured creditors.

4. **List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:**

   Melissa Schofield: $120,000 (approximate)

5. **Debtor's approximate annual gross revenues:**

   2026: $2,139,927.78

   2025: $3,856,865

   2024: $4,387,179

6. **Approximate amounts owed to various classes of creditors (at the time of filing):**

   a. Unsecured Priority Creditors: $517,099.82

   b. Unsecured, Non-Priority Creditors: $50,000 (estimate)

   c. Secured Creditors: $2,657,669.03 (including MCA creditors that may be unsecured)

7. **General description and approximate value of the Debtor's current and fixed assets (at the time of filing):**

   Personal property: Money on hand in bank accounts, restaurant equipment, tables, chairs, food items, supplies, and other miscellaneous items.

   Approximate value: $100,000

8. **Number of employees and amounts of wages owed as of petition date:**

   The Debtor maintains approximately 28 employees.

9. **Status of debtor's payroll and sales tax obligations:**

The Debtor owes prepetition payroll taxes in the approximate amount of $430,000. The Debtor's prepetition sales tax obligations total approximately $90,000.

10. **Anticipated emergency relief to be requested within 14 days from the petition date:**

Debtor anticipates filing a motion to use cash collateral and a motion to pay the Debtor's owner's salary.

Dated: October 7, 2026

Respectfully submitted,

**Bruner Wright, P.A.**
*Proposed Counsel for the Debtor-In-Possession*
2868 Remington Green Circle
Tallahassee, FL 32308
Office: (850) 385-0342
Fax: (850) 270-2441

By: */s/ Byron Wright III*
Byron Wright III
Florida Bar No. 118971
twright@brunerwright.com
Samantha A. Kelley
Florida Bar No. 0115526
skelley@brunerwright.com

## CERTIFICATE OF SERVICE

I, Byron Wright III, hereby certify that a true and accurate copy of the above document was served on the following in the manner stated below:

**Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on October 7, 2026 to the following persons at the email addresses noted herein:

Jason H. Egan on behalf of U.S. Trustee United States Trustee
jason.h.egan@usdoj.gov

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

Daniel Etlinger, Subchapter V Trustee
detlinger@underwoodmurray.com; detlinger@ecf.courtdrive.com; euzonwanne@underwoodmurray.com; jpatterson@underwoodmurray.com; vburbano@underwoodmurray.com

Niki M Sturm on behalf of Interested Party Fox Funding Group LLC
nsturm@kaminskilawpllc.com, jzinck@kaminskilawpllc.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

Date: October 7, 2026

*/s/ Byron Wright III*
Byron Wright III