**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

In re:

BOATHOUSE OYSTER BAR, INC. — Chapter 11
the Debtor. — Case No. 26-31011-JCO

---

**NOTICE OF APPEARANCE FOR CREDITOR, COMMUNITY BANK OF MISSISSIPPI**

COMMUNITY BANK OF MISSISSIPPI, a creditor in the above-styled proceeding, hereby requests that all matters which must be noticed to creditors and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the court's master mailing list:

Robert J. Powell, Esq.
rpowell@moorheadlaw.com
heidi@moorheadlaw.com
kblackman@moorheadlaw.com
MOORHEAD LAW GROUP, PLLC
127 Palafox Place, Suite 200
Pensacola, Florida 32502
Telephone: (850) 466-4093

PLEASE TAKE FURTHER NOTICE that COMMUNITY BANK OF MISSISSIPPI, intends that neither this *Notice of Appearance* nor any later

appearance, pleading, claim or suit shall waive (i) COMMUNITY BANK OF MISSISSIPPI'S right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) COMMUNITY BANK OF MISSISSIPPI'S right to a trial by jury in any proceeding so triable in any case, controversy, or proceeding related to this bankruptcy case; (iii) COMMUNITY BANK OF MISSISSIPPI'S right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) COMMUNITY BANK OF MISSISSIPPI'S right to enforce any contractual provisions with respect to arbitration; or (v) any other rights, claims, actions, defense, setoffs, or recoupments to which COMMUNITY BANK OF MISSISSIPPI is or may be entitled under agreements, in law or in equity, including the right to contest the jurisdiction of this Court over COMMUNITY BANK OF MISSISSIPPI, all of which rights, claims, actions, defenses, setoffs, and recoupments COMMUNITY BANK OF MISSISSIPPI expressly reserves.

Dated this 8th day of October 2026.

MOORHEAD LAW GROUP, PLLC

By:*/s/ Robert J. Powell*
ROBERT J. POWELL
Florida Bar No. 70318
Moorhead Law Group, PLLC
127 Palafox Place, Suite 200
Pensacola, FL 32502
(850) 466-4093 (Office)
(850) 477-0982 (Fax)
rpowell@moorheadlaw.com
heidi@moorheadlaw.com
kblackman@moorheadlaw.com
*Attorney for Creditor, Community Bank of Mississippi*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been provided electronically to all parties requesting e-service via the Court's CM/ECF System on October 8, 2026, including the following:

- Robert C. Bruner, *Attorney for Debtor*
  rbruner@brunerwright.com;
  Bruner.RobertR137801@notify.bestcase.com;
  melanie@brunerwright.com; twright@brunerwright.com;
  laura@brunerwright.com; skelley@brunerwright.com;
  brenda@brunerwright.com; jvanhise@brunerwright.com;
  nicasia@brunerwright.com
- Jason H. Egan, *Office of the U.S. Trustee*
  jason.h.egan@usdoj.gov
- Daniel Etlinger, *Trustee*
  detlinger@underwoodmurray.com; detlinger@ecf.courtdrive.com;
  euzonwanne@underwoodmurray.com;

jpatterson@underwoodmurray.com;
vburbano@underwoodmurray.com

- Niki M Sturm
  nsturm@kaminskilawpllc.com; jzinck@kaminskilawpllc.com
- United States Trustee
  USTPRegion21.TL.ECF@usdoj.gov
- Byron Wright, *Attorney for Debtor*
  twright@brunerwright.com; melanie@brunerwright.com;
  laura@brunerwright.com; skelley@brunerwright.com;
  brenda@brunerwright.com; jvanhise@brunerwright.com;
  Bruner.RobertR137801@notify.bestcase.com;
  Wright.ByronR137801@notify.bestcase.com

*/s/ Robert J. Powell*
**ROBERT J. POWELL**