**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:

BOATHOUSE OYSTER BAR, INC.,

Debtor.
_________________________________/

CASE NO.: 26-31011-MWC
CHAPTER 11

**DEBTOR'S MOTION FOR AUTHORITY TO PAY AFFILIATE OFFICER SALARY OF MELISSA SCHOFIELD EFFECTIVE AS OF THE PETITION DATE**

Boathouse Oyster Bar, Inc. ("Debtor"), as the debtor-in-possession, respectfully requests that the Court enter an order authorizing the payment of a salary to Melissa Schofield ("Ms. Schofield"), and in support states as follows:

1. On September 25, 2026, the Debtor filed the instant Chapter 11 case (the "Petition Date").

2. Ms. Schofield owns and operates the Debtor, which is a restaurant and bar in Destin, Florida.

3. Ms. Schofield received total compensation in the approximate amount of $120,000 in the past year in the form of salary and distributions.

4. Ms. Schofield is the President of the Debtor and oversees its operations.

5. The Debtor requests approval to pay Ms. Schofield a total gross amount of $100,000 annually to be paid weekly. Appropriate payroll taxes will be deducted.

6. Ms. Schofield is essential to the Debtor's business operations.

7. As of the Petition Date, Ms. Schofield receives $50,000 per year in severance pay from a prior position. Other than that, she doesn't have any other income from other sources at this time.

8. The Debtor submits that no party in interest would be prejudiced by the entry of an order granting this Motion and that the requested salary is reasonable.

WHEREFORE, the Debtor respectfully requests entry of an order granting this motion and authorizing the payment of Ms. Schofield's salary in the amount of $100,000 year to be paid weekly ($1,923.08 per week) effective as of the Petition Date.

Dated: October 16, 2026

Respectfully submitted,

**Bruner Wright, P.A.**
*Proposed Counsel for the Debtor-In-Possession*
2868 Remington Green Circle
Tallahassee, FL 32308
Office: (850) 385-0342
Fax: (850) 270-2441

By: */s/ Byron Wright III*
Byron Wright III
Florida Bar No. 118971
twright@brunerwright.com
Samantha A. Kelley
Florida Bar No. 0115526
skelley@brunerwright.com

## CERTIFICATE OF SERVICE

I, Byron Wright III, hereby certify that a true and accurate copy of the above document was served on the following in the manner stated below:

**Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on October 16, 2026 to the following persons at the email addresses noted herein:

Jason H. Egan on behalf of U.S. Trustee United States Trustee
jason.h.egan@usdoj.gov

Daniel Etlinger
detlinger@underwoodmurray.com,
detlinger@ecf.courtdrive.com;euzonwanne@underwoodmurray.com;jpatterson@underwoodmurray.com;vburbano@underwoodmurray.com

Robert James Powell on behalf of Creditor Community Bank of Mississippi
rpowell@moorheadlaw.com,
heidi@moorheadlaw.com;kblackman@moorheadlaw.com

Niki M Sturm on behalf of Interested Party Fox Funding Group LLC
nsturm@kaminskilawpllc.com, jzinck@kaminskilawpllc.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

Date: October 16, 2026

*/s/ Byron Wright III*
Byron Wright III