# EXHIBIT C

Filing # 247325008 E-Filed 05/01/2026 07:02:10 PM

**IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT**
**IN AND FOR BROWARD COUNTY, FLORIDA**

CASE NO. **CACE26001986** DIVISION: **25** JUDGE: **Olefson, Shari Africk (25)**

**FOX FUNDING GROUP LLC**

Plaintiff(s) / Petitioner(s)

v.

**BOATHOUSE OYSTER BAR, INC., et al**

Defendant(s) / Respondent(s)

_______________________________/

## DEFAULT FINAL JUDGMENT

THIS MATTER came before the Court pursuant to Plaintiff's Motion for Entry of Default Final Judgment.

IT IS ORDERED that Plaintiff's Motion is GRANTED;

IT IS ADJUDGED that Plaintiff, FOX FUNDING GROUP LLC ("Judgment Creditor"), whose address is 803 S 21st Ave, Hollywood, FL 33020, recover from Defendants, BOATHOUSE OYSTER BAR, INC. D/B/A BOATHOUSE OYSTER BAR and MELISSA L SCHOFIELD (SSN: ###-##-0683) ("Judgment Debtors"), jointly and severally, whose addresses are

BOATHOUSE OYSTER BAR, INC. D/B/A BOATHOUSE OYSTER BAR
327 Harbor Blvd, Destin, FL 32541
304 Blue Marlin Ct, Destin, FL 32541

MELISSA L SCHOFIELD
327 Harbor Blvd, Destin, FL 32541
304 Blue Marlin Ct, Destin, FL 32541

**Liquidated Damages** as set forth in the Parties' contract:

Contractual Purchase Amount……………………………………………………….…$497,000.00
- Payments made by Defendants to Plaintiff.....…………………………………….…… $81,240.35
Balance due to Plaintiff……………………………………………………………..…. $415,759.65
+ Default fee incurred due to default……...…………………………………….………… $5,000.00
**Liquidated Damages.................................................................................................... $420,759.65**
Prejudgment interest at the prevailing statutory rate (8.25%)……..........................$95.10/per day
Date of Breach (January 31, 2026) through May 1, 2026……………………………........…91 days



NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 05/01/2026 07:02:06 PM.****

Case Number: CACE26001986

+ Pre-judgment interest due……………………………………………..………,,,,……$8,654.10
+ Taxable Costs…………………………………………………………………...........$889.63
**Total Amount Due to Plaintiff (after interest and costs)………...…………,…… $430,303.38**

Thereafter, the interest rate will adjust in accordance with section 55.03, Florida Statutes until paid in full, FOR WHICH LET EXECUTION ISSUE.

Pursuant to Fla. R. Civ. P. 1.560:

It is further ordered and adjudged that the judgment debtor(s) must complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on the judgment creditor's attorney, or the judgment creditor if the judgment creditor is not represented by an attorney, within 45 days from the date of this final judgment, unless the final judgment is satisfied or post-judgment discovery is stayed.

Jurisdiction of this case is retained to enter further orders that are proper to compel the judgment debtor(s) to complete form 1.977, including all required attachments, and serve it on the judgment creditor's attorney, or the judgment creditor if the judgment creditor is not represented by an attorney.

JUDGMENT DEBTORS SHALL FILE A NOTICE OF COMPLIANCE WITH THE CLERK OF THIS COURT STATING THAT THEY HAVE DELIVERED A COMPLETED FORM 1.977 WITH ALL REQUIRED ATTACHMENTS TO JUDGMENT CREDITOR'S ATTORNEY, BUT JUDGMENT DEBTORS SHOULD NOT FILE FORM 1.977 WITH THE CLERK OF COURT.

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

**DONE AND ORDERED** in Chambers at Broward County, Florida on 1st day of May, 2026.

CACE26001986 05-01-2026 2:36 PM
Hon. Shari Africk Olefson
**CIRCUIT COURT JUDGE**
Electronically Signed by Shari Africk Olefson

**Copies Furnished To:**
Abraham Jacob Jeger , E-mail : intakeFl@landklegal.com
Abraham Jacob Jeger , E-mail : jjeger@landklegal.com
James Dygert, Esq. , E-mail : jdygert@landklegal.com
Kyle Forges , E-mail : KForges@landklegal.com

Case Number: CACE26001986

MELISSA L SCHOFIELD , E-mail : DESTINACCOUNTING@YAHOO.COM
THOMAS M. LYNCH IV , E-mail : tomlynchmediation@gmail.com

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY