# EXHIBIT D

Filing # 249594932 E-Filed 06/03/2026 06:52:08 PM

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT**
**IN AND FOR BROWARD COUNTY, FLORIDA**

FOX FUNDING GROUP LLC

Plaintiff (Judgment Creditor),

v.

BOATHOUSE OYSTER BAR, INC. D/B/A BOATHOUSE OYSTER BAR and MELISSA L SCHOFIELD,

Defendants (Judgment Debtor)

FISERV

Garnishee.

**CASE NO.:** CACE-26-001986

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

**PLAINTIFF'S MOTION FOR WRIT OF POSTJUDGMENT GARNISHMENT**

Plaintiff, FOX FUNDING GROUP LLC, by and through undersigned counsel and pursuant to Fla. Stat. 77.03, moves for a writ of post judgment garnishment against FISERV, ("Garnishee"), for any personal property of BOATHOUSE OYSTER BAR, INC. D/B/A BOATHOUSE OYSTER BAR, and MELISSA L SCHOFIELD ("Guarantor") (collectively, "Judgment Debtors") held in its custody:

1. Garnishee is a bank where Plaintiff believes Judgment Debtors maintain financial accounts and other property, with a registered agent located at:

   "

   Vashti Ramdeen

   Supervisor, Legal Operations II

   Litigation & Disputes

   3975 NW 120th Avenue

   Coral Springs, FL 33065"



*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 06/03/2026 06:52:07 PM.****

2. On 05/01/2026, Plaintiff recovered a final money judgment against Judgment Debtors in this action in the amount of $430,303.38, as well as post-judgment interest adjustable to the prevailing statutory rate from the date the judgment was entered until the date the judgment is paid in full.

3. To date, Judgment Debtors owe Plaintiff the sum of at least $430,303.38, which remains unsatisfied.

WHEREFORE, Plaintiff requests the Court enter an order granting this motion, directing the clerk to issue a Writ of Garnishment requiring Garnishee to serve an answer stating the amount which Garnishee owes to the Judgment Debtors.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

June 3, 2026

Respectfully submitted,

**LIEBERMAN AND KLESTZICK, LLP**

/s/ Abraham Jacob Jeger
Abraham Jacob Jeger, Esq.
James Dygert, Esq.
Lieberman and Klestzick, LLP
Attorneys for Plaintiff
633 NE 167th Street - Suite 1218
North Miami Beach, FL 33162
Phone: 516-900-6720
Email: intakefl@landklegal.com
jjeger@landklegal.com
jdygert@landklegal.com
Florida Bar No.: 1028514
Florida Bar No.: 1028339

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**
**CIVIL DIVISION**

FOX FUNDING GROUP LLC,

Plaintiff (Judgment Creditor),

v.

BOATHOUSE OYSTER BAR, INC. D/B/A BOATHOUSE OYSTER BAR and MELISSA L SCHOFIELD,

Defendants (Judgment Debtor)

FISERV

Garnishee.

**CASE NO.:** CACE-26-001986

NOT AN OFFICIAL COPY – PUBLIC ACCESS – NOT AN OFFICIAL COPY

## NOTICE TO DEFENDANT(S) OF RIGHT AGAINST GARNISHMENT OF WAGES, MONEY & OTHER PROPERTY

The Writ of Garnishment delivered to you with this Notice means that wages, money, and other property belonging to you have been garnished to pay a court judgment against you. HOWEVER, YOU MAY BE ABLE TO KEEP OR RECOVER YOUR WAGES, MONEY, OR PROPERTY. READ THIS NOTICE CAREFULLY.

State and federal laws provide that certain wages, money, and property, even if deposited in a bank, savings and loan, or credit union, may not be taken to pay certain types of court judgments. Such wages, money, and property are exempt from garnishment. The major exemptions are listed below on the form for Claim of Exemption and Request for Hearing. This list does not include all possible exemptions. You should consult a lawyer for specific advice.

IF AN EXEMPTION FROM GARNISHMENT APPLIES TO YOU AND YOU WANT TO KEEP YOUR WAGES, MONEY, AND OTHER PROPERTY FROM BEING GARNISHED, OR TO RECOVER ANYTHING ALREADY TAKEN, YOU MUST COMPLETE A FORM FOR CLAIM OF EXEMPTION AND REQUEST FOR HEARING AS SET FORTH BELOW AND HAVE THE FORM NOTARIZED. IF YOU HAVE A VALID EXEMPTION, YOU MUST FILE THE FORM WITH THE CLERK'S OFFICE WITHIN 20 DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE OR YOU MAY LOSE IMPORTANT RIGHTS. YOU MUST ALSO MAIL OR DELIVER A COPY OF THIS FORM TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY AT THE ADDRESSES LISTED ON THE

WRIT OF GARNISHMENT. NOTE THAT THE FORM REQUIRES YOU TO COMPLETE A CERTIFICATION THAT YOU MAILED OR HAND DELIVERED COPIES TO THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE GARNISHEE OR THE GARNISHEE'S ATTORNEY.

If you request a hearing, it will be held as soon as possible after your request is received by the court. The plaintiff or the plaintiff's attorney must file any objection within 8 business days if you hand delivered to the plaintiff or the plaintiff's attorney a copy of the form for Claim of Exemption and Request for Hearing or, alternatively, 14 business days if you mailed a copy of the form for claim and request to the plaintiff or the plaintiff's attorney. If the plaintiff or the plaintiff's attorney files an objection to your Claim of Exemption and Request for Hearing, the clerk will notify you and the other parties of the time and date of the hearing. You may attend the hearing with or without an attorney. If the plaintiff or the plaintiff's attorney fails to file an objection, no hearing is required, the writ of garnishment will be dissolved and your wages, money, or property will be released.

IF YOU HAVE A VALID EXEMPTION, YOU SHOULD FILE THE FORM FOR CLAIM OF EXEMPTION IMMEDIATELY TO KEEP YOUR WAGES, MONEY, OR PROPERTY FROM BEING APPLIED TO THE COURT JUDGMENT. THE CLERK CANNOT GIVE YOU LEGAL ADVICE. IF YOU NEED LEGAL ASSISTANCE, YOU SHOULD SEE A LAWYER. IF YOU CANNOT AFFORD A PRIVATE LAWYER, LEGAL SERVICES MAY BE AVAILABLE. CONTACT YOUR LOCAL BAR ASSOCIATION OR ASK THE CLERK'S OFFICE ABOUT ANY LEGAL SERVICES PROGRAM IN YOUR AREA.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA
CIVIL DIVISION**

FOX FUNDING GROUP LLC,

Plaintiff (Judgment Creditor),

v.

BOATHOUSE OYSTER BAR, INC. D/B/A BOATHOUSE OYSTER BAR and MELISSA L SCHOFIELD,

Defendants (Judgment Debtor)

FISERV

Garnishee.

**CASE NO.:** CACE-26-001986

**CLAIM OF EXEMPTION AND REQUEST FOR HEARING**

I claim exemptions from garnishment under the following categories as checked:

___ 1. Head of family wages. (Check either a. or b. below, if applicable.)
___ a. I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.
___ b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.
___ 2. Social Security benefits.
___ 3. Supplemental Security Income benefits.
___ 4. Public assistance (welfare).
___ 5. Workers' Compensation.
6. Reemployment assistance or unemployment compensation.
___ 7. Veterans' benefits.
___ 8. Retirement or profit-sharing benefits or pension money.
___ 9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.
___ 10. Disability income benefits.
___ 11. Prepaid College Trust Fund or Medical Savings Account.
___ 12. Other exemptions as provided by law (explain). ____________________________
____________________________________________________________________________

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Address:_______________________________________________

Telephone Number: ______________________

I CERTIFY UNDER OATH AND PENALTY OF PERJURY that a copy of this CLAIM OF EXEMPTION AND REQUEST FOR HEARING has been furnished by (circle one) United States mail or hand delivery on ____(date), to: ______________________________

______________________________________________________________________

(insert names and addresses of Plaintiff or Plaintiff's attorney and of Garnishee or Garnishee's attorney to whom this document was furnished).

I FURTHER CERTIFY UNDER OATH AND PENALTY OF PERJURY that the statements made in this request are true to the best of my knowledge and belief.

______________________________

Defendant's signature

Date: ___________________________

STATE OF FLORIDA,

COUNTY OF _______________.

Sworn and subscribed to before me this _____day of _______________, 20___, by _____________________________.

______________________________

Notary Public/Deputy Clerk

____ Personally known OR

____ Produced identification

Type of identification produced: _____________________________________

______________________________

Plaintiff

______________________________

______________________________

Address

Phone: ___________________________

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY