# EXHIBIT F

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

FOX FUNDING GROUP LLC
Plaintiff,

VS. Case No. CACE-26-001986

BOATHOUSE OYSTER BAR INC DBA BOATHOUSE OYSTER BAR AND MELISSA L SCHOFIELD
Defendant,

and

HANCOCK WHITNEY BANK
Garnishee,

FILED
JUL 14 2026
By________

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

ANSWER BY GARNISHEE

Comes now, HANCOCK WHITNEY BANK, for its answer to the Writ of Garnishment upon it served in the above styled and number cause, says as follows:

1. That at the time of the service of the Writ of Garnishment, at the time of this answer, or at any time between such times, Garnishee was not indebted to the Defendant, ***Melissa L Schofield xxx-xx-0683*** and Garnishee was indebted to the Defendant, ***Boathouse Oyster Bar Inc DBA Boathouse Oyster Bar xx-xxx6205,*** as described in more detail below.

2. Garnishee does have in its possession effects belonging to the Defendant, ***Boathouse Oyster Bar Inc DBA Boathouse Oyster Bar xx-xxx6205***, namely three (3) checking accounts with a balance in the amount of **$83,079.21**. Garnishee is currently holding the sum of **$83,079.21** in response to the Writ pending further instructions from the Court, subject to our normal and customary service charges and all costs of these proceedings

3. That it does not know of any other persons who are indebted to the Defendants, ***Boathouse Oyster Bar Inc DBA Boathouse Oyster Bar and Melissa L Schofield***, or any other persons that may have any property of the Defendants, ***Boathouse Oyster Bar Inc DBA Boathouse Oyster Bar and Melissa L Schofield***, in its possession or control.



DOL # 47524

WHEREFORE, Garnishee having answered the Writ of Garnishment as filed by Petitioner, prays that the Court direct the Clerk's office to dissolve the Writ.

Respectfully submitted:

HANCOCK WHITNEY BANK
P.O. Box 4019
Gulfport, MS 39502
1 (800) 448-8812
depopslegalreview@hancockwhitney.com

BY: *Sara Lemon*
Sara Lemon
Legal Liaison

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and forgoing Garnishment Answers have been filed thru FL E-Filing Portal and sent to:

Abraham Jacob Jeger
Lieberman and Klestzick LLP
633 NE 167th St., Suite 1218
North Miami Beach, FL 33162

This 2nd day of July 2026.

*Sara Lemon*
Sara Lemon

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY

STATE OF MISSISSIPPI
COUNTY OF HARRISON

Personally appeared before me, the undersigned authority in and for the above mentioned County and State Sara Lemon of Hancock Whitney Bank, and who after being first duly sworn, stated on oath that the things, matters and allegations contained in the above and foregoing answers are true and correct as there instated. Sworn to and subscribed before me this 2nd day of July 2026.

STATE OF MISSISSIPPI NOTARY PUBLIC ID # 259318 KRISTEN CHAPMAN Commission Expires 10/28/2028 HARRISON COUNTY

*Kristen Chapman*
NOTARY PUBLIC



DOL # 47524