EQUAL HOUSING LENDER

FDIC

PO Box 4019
Gulfport, MS 39502-4019
**Electronic Service Requested**



Statements Dates
09/01/2026 - 09/30/2026

Account Number:
72500728

Images:
0

***ZERO CHECKS* E0**

1

**BOATHOUSE OYSTER BAR INC**
**OPERATING ACCOUNT**
**288 HWY 98**
**DESTIN FL 32541**

**VISIT HANCOCKWHITNEY.COM TO ENROLL IN ONLINE BANKING WITH ESTATEMENTS. CALL US AT 800-448-8812.**

## Checking Account Summary

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | .00 | AVERAGE BALANCE | |
| + 3 CREDITS | 2,046.10 | | 6.99- |
| - 6 DEBITS | 2,046.10 | YTD INTEREST PAID | |
| - SERVICE CHARGES | .00 | | .00 |
| + INTEREST PAID | .00 | | |
| ENDING BALANCE | .00 | | |

*** * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * ***

### Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 09/03 | 124.95 | TRNSFR CREDIT OLB XFER FROM 0673 |
| 09/10 | 253.85 | TRNSFR CREDIT OLB XFER FROM 0673 |
| 09/23 | 1,667.30 | TRNSFR CREDIT OLB XFER FROM 0703 |

### Other Debits

| Date | Amount | Description |
|---|---|---|
| 09/03 | 124.95 | DISCOUNT MERCHANT BANKCD 026246006294535CCD |
| 09/09 | 137.85 | MEMX083126 MERCHANT SVCS 026252007735740CCD |
| 09/09 | 36.00 | OVERDRAFT CHARGE |
| 09/10 | 80.00 | 4076410121 GatewayOne 026252008138733CCD |
| 09/22 | 36.00 | NSF CHARGE |
| 09/23 | 1,631.30 | FORCE PAY-DR 4076410121 PayrocOne-onePOS |

### Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/31 | .00 | 09/09 | 173.85 OD | 09/22 | 36.00 OD |
| 09/03 | .00 | 09/10 | .00 | 09/23 | .00 |

In case of errors or questions about your electronic transfers, telephone or write us at the address listed as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

Hancock Whitney
Attn: Deposit Services
P.O. Box 4019
Gulfport, MS 39502
1-800-448-8812

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Notice About Electronic Check Conversion**
When you provide a check payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

---

**Handyline Information**

Interest Charges: Interest Charges have been computed on your Handyline Account by applying each Daily Periodic Rate disclosed on the face of this statement to the Daily Balance of your Account over the current billing cycle, and then multiplying the resulting product by the number of days in the billing cycle. The Daily Balance of your Account has been computed by totaling the "Closing Principal Balance" of your Account for each day of your billing cycle and dividing the resulting total by the number of days in the billing cycle.

The closing Principal Balance of your Account for each day of the billing cycle was computed by taking into consideration payments, credits, loan advances and other debits posted to your Account over the billing cycle, but disregarding any unpaid Interest Charges. Interest Charges have been assessed on new loans and other debits under your Account from date of posting, and there is not a time period within which payments may be made in order to completely avoid Interest Charges.

Provided you have not made at least the minimum payment due within fourteen days of the statement date:

1. If you have an unsecured Handyline Account, your checking account has been charged with a minimum payment equal to $1/20^{th}$ of the disclosed New Balance on the face of this statement (less any amount disputed by you), or $25.00, whichever is greater. If the New Balance of your Account was less than $25.00, your checking account has been charged for the entire New Balance (less any amount disputed by you).
2. If you have a secured Handyline Account, your checking account has been charged with a minimum payment equal to $1/50^{th}$ of the disclosed New Balance on the face of this statement (less any amount disputed by you), or $100.00, whichever is greater. If the New Balance of your Account was less than $100.00, your checking account has been charged for the entire New Balance (less any amount disputed by you).

You have the option to make additional payments in excess of the minimum payment on your Handyline Account in any amount and at any time, thus reducing your exposure to additional Interest Charges. Payments should be mailed to: Lending Services, P.O. Box 4020, Gulfport, MS 39502, Attn: Handyline. Payments we receive at the above address by 10:00 A.M. will be credited to your Handyline Account as of the date of receipt. Handyline payments made at other bank locations will be promptly credited to your Account, but in no event longer than five (5) days after receipt.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at Hancock Whitney Lending Services, P.O. Box 4019, Gulfport, MS 39502-0420 and include the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. Hancock Whitney clients may call us at 1-800-448-8812, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

CHECK / DEBIT TRANSACTIONS OUTSTANDING THIS MONTH
(Not charged to your account as of statement date)

| Check # or Transaction Type | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

BANK BALANCE AS SHOWN ON THIS STATEMENT $______________

Deposits Not Credited In This Statement Cycle (If Any) $______________

Add Total of Deposits Not Credited +$______________

Subtract Total Outstanding Checks/Debits -$______________

BALANCE =$______________

This balance should agree with your checkbook balance. Remember to deduct service charges/fees (if any) shown on your statement this month.

PO Box 4019
Gulfport, MS 39502-4019
Electronic Service Requested

EQUAL HOUSING LENDER



Statements Dates
09/01/2026 - 09/30/2026

Account Number:
72760681

Images:
199

* IMAGE * E0

1
**BOATHOUSE MARINA DOCKS INC**
**PAYROLL ACCOUNT**
**304 BLUE MARLIN CT**
**DESTIN FL 32541**

**VISIT HANCOCKWHITNEY.COM TO ENROLL IN ONLINE BANKING WITH ESTATEMENTS. CALL US AT 800-448-8812.**

## Checking Account Summary

| | | | | |
|---|---|---|---|---|
| PREVIOUS BALANCE | | 3,235.72 | AVERAGE BALANCE | |
| + | 8 CREDITS | 74,816.11 | | 12,582.62 |
| - | 199 DEBITS | 78,031.83 | YTD INTEREST PAID | |
| - | SERVICE CHARGES | 20.00 | | .00 |
| + | INTEREST PAID | .00 | | |
| ENDING BALANCE | | .00 | | |

*** * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * ***

## • Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 09/01 | 20,000.00 | TRNSFR CREDIT<br>OLB XFER FROM 0703 |
| 09/04 | 7,000.00 | TRNSFR CREDIT<br>OLB XFER FROM 0703 |
| 09/08 | 13,000.00 | TRNSFR CREDIT<br>OLB XFER FROM 0703 |
| 09/15 | 1,219.41 | OD PROTECTION TRANSFER<br>OVERDRAFT PROTECTION FROM 0072760673 |
| 09/16 | 20,000.00 | TRNSFR CREDIT<br>OLB XFER FROM 0703 |
| 09/21 | 11,000.00 | TRNSFR CREDIT<br>OLB XFER FROM 0703 |
| 09/29 | 1,783.12 | OD PROTECTION TRANSFER<br>OVERDRAFT PROTECTION FROM 0072760673 |
| 09/30 | 813.58 | OD PROTECTION TRANSFER<br>OVERDRAFT PROTECTION FROM 0072760673 |

## • Checks

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| 09/04 | 1345 | 102.83 | 09/02 | 1471 * | 276.10 |
| 09/02 | 1372 * | 539.56 | 09/02 | 1479 * | 449.16 |
| 09/04 | 1377 * | 430.00 | 09/04 | 1480 | 170.11 |
| 09/03 | 1390 * | 180.00 | 09/10 | 1481 | 438.30 |
| 09/04 | 1394 * | 250.00 | 09/03 | 1482 | 1,029.45 |
| 09/01 | 1408 * | 77.08 | 09/01 | 1484 * | 347.10 |
| 09/02 | 1433 * | 560.35 | 09/01 | 1488 * | 211.55 |
| 09/04 | 1434 | 6.75 | 09/15 | 1489 | 315.91 |
| 09/10 | 1435 | 240.63 | 09/03 | 1491 * | 253.74 |
| 09/04 | 1438 * | 430.00 | 09/08 | 1494 * | 118.50 |
| 09/01 | 1440 * | 175.00 | 09/01 | 1495 | 219.10 |
| 09/01 | 1444 * | 240.00 | 09/17 | 1498 * | 47.55 |
| 09/03 | 1450 * | 770.00 | 09/01 | 1500 * | 241.17 |
| 09/08 | 1461 * | 87.57 | 09/02 | 1503 * | 288.34 |
| 09/17 | 1465 * | 149.48 | 09/23 | 1504 | 47.59 |

PO Box 4019
Gulfport, MS 39502-4019
Electronic Service Requested

EQUAL HOUSING LENDER



Statements Dates
09/01/2026 - 09/30/2026

Account Number:
72760681

Images:
199

**BOATHOUSE MARINA DOCKS INC**
**PAYROLL ACCOUNT**
**304 BLUE MARLIN CT**
**DESTIN FL 32541**

*** IMAGE * E0**

- **Checks**

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| 09/02 | 1505 | 379.70 | 09/08 | 1561 | 408.95 |
| 09/01 | 1506 | 206.97 | 09/08 | 1562 | 527.98 |
| 09/01 | 1508 * | 1,060.20 | 09/08 | 1563 | 702.24 |
| 09/04 | 1511 * | 227.06 | 09/08 | 1564 | 311.20 |
| 09/02 | 1512 | 544.07 | 09/09 | 1565 | 179.38 |
| 09/04 | 1513 | 91.75 | 09/09 | 1566 | 227.85 |
| 09/10 | 1514 | 208.12 | 09/08 | 1567 | 214.00 |
| 09/01 | 1516 * | 525.00 | 09/09 | 1568 | 234.04 |
| 09/04 | 1517 | 430.00 | 09/23 | 1569 | 78.83 |
| 09/01 | 1520 * | 175.00 | 09/08 | 1570 | 190.20 |
| 09/03 | 1521 | 250.00 | 09/09 | 1571 | 201.49 |
| 09/01 | 1522 | 250.00 | 09/08 | 1572 | 443.36 |
| 09/09 | 1524 * | 240.00 | 09/09 | 1573 | 1,201.53 |
| 09/04 | 1527 * | 200.00 | 09/08 | 1574 | 1,292.90 |
| 09/14 | 1528 | 580.00 | 09/08 | 1575 | 1,372.70 |
| 09/01 | 1529 | 400.00 | 09/16 | 1576 | 68.20 |
| 09/03 | 1530 | 770.00 | 09/09 | 1578 * | 82.68 |
| 09/02 | 1532 * | 250.00 | 09/10 | 1579 | 181.48 |
| 09/01 | 1533 | 1,500.00 | 09/14 | 1580 | 575.00 |
| 09/08 | 1535 * | 375.00 | 09/15 | 1581 | 525.00 |
| 09/09 | 1536 | 525.00 | 09/14 | 1583 * | 200.00 |
| 09/08 | 1537 | 430.00 | 09/18 | 1584 | 175.00 |
| 09/18 | 1538 | 175.00 | 09/28 | 1585 | 250.00 |
| 09/11 | 1539 | 250.00 | 09/16 | 1586 | 250.00 |
| 09/08 | 1540 | 250.00 | 09/14 | 1587 | 430.00 |
| 09/08 | 1541 | 430.00 | 09/22 | 1588 | 240.00 |
| 09/16 | 1542 | 240.00 | 09/14 | 1590 * | 300.00 |
| 09/09 | 1544 * | 300.00 | 09/18 | 1591 | 200.00 |
| 09/11 | 1545 | 200.00 | 09/21 | 1592 | 580.00 |
| 09/14 | 1546 | 580.00 | 09/15 | 1593 | 200.00 |
| 09/10 | 1547 | 400.00 | 09/21 | 1594 | 770.00 |
| 09/09 | 1548 | 490.00 | 09/15 | 1595 | 800.00 |
| 09/08 | 1549 | 800.00 | 09/16 | 1596 | 180.00 |
| 09/11 | 1550 | 250.00 | 09/15 | 1597 | 250.00 |
| 09/11 | 1551 | 88.12 | 09/16 | 1598 | 384.14 |
| 09/08 | 1552 | 721.51 | 09/14 | 1599 | 761.34 |
| 09/08 | 1553 | 162.89 | 09/14 | 1600 | 227.53 |
| 09/15 | 1554 | 384.81 | 09/15 | 1601 | 304.64 |
| 09/08 | 1555 | 250.53 | 09/14 | 1602 | 248.08 |
| 09/15 | 1556 | 257.76 | 09/15 | 1603 | 190.25 |
| 09/08 | 1557 | 42.66 | 09/16 | 1604 | 63.12 |
| 09/04 | 1558 | 503.66 | 09/14 | 1605 | 550.04 |
| 09/21 | 1559 | 104.01 | 09/21 | 1606 | 140.34 |
| 09/09 | 1560 | 392.36 | 09/16 | 1607 | 296.24 |

Case 26-31011-JCO Doc 41-1 Filed 11/06/26 Page 5 of 34



PO Box 4019
Gulfport, MS 39502-4019
Electronic Service Requested

EQUAL HOUSING LENDER



Statements Dates
09/01/2026 - 09/30/2026

Account Number:
72760681

Images:
199

*IMAGE* *E0*

**BOATHOUSE MARINA DOCKS INC**
**PAYROLL ACCOUNT**
**304 BLUE MARLIN CT**
**DESTIN FL 32541**

- **Checks**

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| 09/11 | 1608 | 405.66 | 09/23 | 1655 * | 306.95 |
| 09/18 | 1609 | 499.78 | 09/21 | 1656 | 386.90 |
| 09/15 | 1610 | 543.66 | 09/29 | 1657 | 467.96 |
| 09/25 | 1611 | 158.92 | 09/22 | 1658 | 595.32 |
| 09/14 | 1612 | 349.99 | 09/21 | 1659 | 328.77 |
| 09/15 | 1613 | 71.65 | 09/22 | 1660 | 117.76 |
| 09/14 | 1615 * | 143.53 | 09/21 | 1662 * | 171.12 |
| 09/15 | 1616 | 308.36 | 09/25 | 1663 | 250.80 |
| 09/23 | 1617 | 127.25 | 09/25 | 1665 * | 331.27 |
| 09/17 | 1618 | 332.22 | 09/22 | 1666 | 165.25 |
| 09/15 | 1619 | 178.07 | 09/21 | 1667 | 438.54 |
| 09/14 | 1620 | 475.40 | 09/22 | 1668 | 1,056.02 |
| 09/14 | 1621 | 1,158.89 | 09/21 | 1669 | 1,292.91 |
| 09/15 | 1622 | 1,292.90 | 09/21 | 1670 | 1,372.70 |
| 09/15 | 1623 | 1,372.69 | 09/24 | 1673 * | 127.40 |
| 09/16 | 1624 | 86.14 | 09/29 | 1675 * | 575.00 |
| 09/24 | 1626 * | 72.80 | 09/29 | 1676 | 225.00 |
| 09/21 | 1627 | 279.23 | 09/29 | 1677 | 200.00 |
| 09/21 | 1628 | 575.00 | 09/28 | 1681 * | 333.00 |
| 09/22 | 1629 | 787.50 | 09/29 | 1685 * | 300.00 |
| 09/21 | 1631 * | 200.00 | 09/29 | 1688 * | 1,500.00 |
| 09/25 | 1632 | 175.00 | 09/29 | 1690 * | 800.00 |
| 09/28 | 1633 | 250.00 | 09/29 | 1691 | 420.00 |
| 09/24 | 1634 | 333.00 | 09/29 | 1692 | 333.00 |
| 09/21 | 1635 | 513.00 | 09/30 | 1695 * | 268.54 |
| 09/25 | 1636 | 240.00 | 09/28 | 1696 | 1,161.19 |
| 09/22 | 1638 * | 300.00 | 09/29 | 1697 | 231.71 |
| 09/25 | 1639 | 200.00 | 09/30 | 1700 * | 237.47 |
| 09/28 | 1640 | 580.00 | 09/28 | 1701 | 133.26 |
| 09/24 | 1641 | 200.00 | 09/28 | 1702 | 621.74 |
| 09/28 | 1642 | 560.00 | 09/29 | 1704 * | 227.65 |
| 09/21 | 1643 | 800.00 | 09/25 | 1705 | 418.24 |
| 09/25 | 1644 | 180.00 | 09/29 | 1706 | 506.25 |
| 09/23 | 1645 | 333.00 | 09/29 | 1707 | 631.54 |
| 09/30 | 1646 | 207.76 | 09/30 | 1708 | 89.81 |
| 09/21 | 1647 | 963.06 | 09/28 | 1709 | 357.28 |
| 09/21 | 1648 | 210.48 | 09/28 | 1712 * | 145.67 |
| 09/21 | 1650 * | 255.96 | 09/29 | 1716 * | 192.97 |
| 09/22 | 1651 | 284.48 | 09/28 | 1717 | 525.88 |
| 09/23 | 1652 | 61.46 | 09/29 | 1718 | 963.93 |
| 09/21 | 1653 | 562.36 | | | |

Case 26-31011-JCO Doc 41-1 Filed 11/06/26 Page 6 of 34



PO Box 4019
Gulfport, MS 39502-4019
Electronic Service Requested

EQUAL HOUSING LENDER



Statements Dates
09/01/2026 - 09/30/2026

Account Number:
72760681

Images:
199

*IMAGE* *E0*

**BOATHOUSE MARINA DOCKS INC**
**PAYROLL ACCOUNT**
**304 BLUE MARLIN CT**
**DESTIN FL 32541**

## Other Debits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 09/16 | 10.00 | OD PROTECT FEE | 09/30 | 10.00 | OD PROTECT FEE |

## Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/31 | 3,235.72 | 09/11 | 12,356.09 | 09/23 | 13,397.34 |
| 09/01 | 17,607.55 | 09/14 | 5,776.29 | 09/24 | 12,664.14 |
| 09/02 | 14,320.27 | 09/15 | .00 | 09/25 | 10,709.91 |
| 09/03 | 11,067.08 | 09/16 | 18,422.16 | 09/28 | 5,791.89 |
| 09/04 | 15,224.92 | 09/17 | 17,892.91 | 09/29 | .00 |
| 09/08 | 19,092.73 | 09/18 | 16,843.13 | 09/30 | .00 |
| 09/09 | 15,018.40 | 09/21 | 17,898.75 | | |
| 09/10 | 13,549.87 | 09/22 | 14,352.42 | | |

HANCOCK WHITNEY


Close Date: 09/30/2026
Account Number: 72760681

| Date | Check | Amount |
|---|---|---|
| 09/04/2026 | 1345 | $102.83 |
| 09/02/2026 | 1433 | $560.35 |
| 09/03/2026 | 1450 | $770.00 |
| 09/02/2026 | 1372 | $539.56 |
| 09/04/2026 | 1434 | $6.75 |
| 09/08/2026 | 1461 | $87.57 |
| 09/04/2026 | 1377 | $430.00 |
| 09/10/2026 | 1435 | $240.63 |
| 09/17/2026 | 1465 | $149.48 |
| 09/03/2026 | 1390 | $180.00 |
| 09/04/2026 | 1438 | $430.00 |
| 09/02/2026 | 1471 | $276.10 |
| 09/04/2026 | 1394 | $250.00 |
| 09/01/2026 | 1440 | $175.00 |
| 09/02/2026 | 1479 | $449.16 |
| 09/01/2026 | 1408 | $77.08 |
| 09/01/2026 | 1444 | $240.00 |
| 09/04/2026 | 1480 | $170.11 |

Close Date: 09/30/2026
Account Number: 72760681

| Date | Check | Amount |
|---|---|---|
| 09/10/2026 | 1481 | $438.30 |
| 09/08/2026 | 1494 | $118.50 |
| 09/02/2026 | 1505 | $379.70 |
| 09/03/2026 | 1482 | $1,029.45 |
| 09/01/2026 | 1495 | $219.10 |
| 09/01/2026 | 1506 | $206.97 |
| 09/01/2026 | 1484 | $347.10 |
| 09/17/2026 | 1498 | $47.55 |
| 09/01/2026 | 1508 | $1,060.20 |
| 09/01/2026 | 1488 | $211.55 |
| 09/01/2026 | 1500 | $241.17 |
| 09/04/2026 | 1511 | $227.06 |
| 09/15/2026 | 1489 | $315.91 |
| 09/02/2026 | 1503 | $288.34 |
| 09/02/2026 | 1512 | $544.07 |
| 09/03/2026 | 1491 | $253.74 |
| 09/23/2026 | 1504 | $47.59 |
| 09/04/2026 | 1513 | $91.75 |

Close Date: 09/30/2026
Account Number: 72760681

BOATHOUSE OYSTER BAR 1514
PO Box 62, Destin, FL 32540 Check date: 08/27/26
Pay to the order of: Camille K West $ *********208.12
**Two Hundred Eight And 12/100 Dollars**
Camille K West, 1 Country Club Rd, Shalimar, FL 32579
⑈0000001514⑈ ⑆063112786⑆ 0072760681⑈

09/10/2026 1514 $208.12

BOATHOUSE OYSTER BAR 1524
PO Box 62, Destin, FL 32540 Check date: 08/24/26
Pay to the order of: Joseph Collins $ *********240.00
**Two Hundred Forty And 00/100 Dollars**
Joseph Collins, 16531 Hunting Club Rd, Seminole, AL 36574
⑈0000001524⑈ ⑆063112786⑆ 0072760681⑈

09/09/2026 1524 $240.00

BOATHOUSE OYSTER BAR 1533
PO Box 62, Destin, FL 32540 Check date: 08/28/26
Pay to the order of: River Dan, LLC $ *******1,500.00
**One Thousand Five Hundred And 00/100 Dollars**
River Dan, LLC, 22435 US Hwy 231, Equality, AL 36026
⑈0000001533⑈ ⑆063112786⑆ 0072760681⑈

09/01/2026 1533 $1,500.00

BOATHOUSE OYSTER BAR 1516
PO Box 62, Destin, FL 32540 Check date: 08/24/26
Pay to the order of: Austin Jennings $ *********525.00
**Five Hundred Twenty-Five And 00/100 Dollars**
Austin Jennings, 311 Bluefish Dr #3, Fort Walton Beach, FL 32548
⑈0000001516⑈ ⑆063112786⑆ 0072760681⑈

09/01/2026 1516 $525.00

BOATHOUSE OYSTER BAR 1527
PO Box 62, Destin, FL 32540 Check date: 08/24/26
Pay to the order of: Michael Christian Ozuna $ *********200.00
**Two Hundred And 00/100 Dollars**
Michael Christian Ozuna, 1018 East Bears St, Pensacola, FL 32503
⑈0000001527⑈ ⑆063112786⑆ 0072760681⑈

09/04/2026 1527 $200.00

BOATHOUSE OYSTER BAR 1535
PO Box 62, Destin, FL 32540 Check date: 09/03/26
Pay to the order of: Adrian Howland $ *********375.00
**Three Hundred Seventy-Five And 00/100 Dollars**
Adrian Howland, 907 Piedmont Place Unit 5, Fort Walton Beach, FL 32547
⑈0000001535⑈ ⑆063112786⑆ 0072760681⑈

09/08/2026 1535 $375.00

BOATHOUSE OYSTER BAR 1517
PO Box 62, Destin, FL 32540 Check date: 08/24/26
Pay to the order of: Colton Jordan Hoskins $ *********430.00
**Four Hundred Thirty And 00/100 Dollars**
Colton Jordan Hoskins, 1112 Post Oak Path, Fort Walton Beach, FL 32547
⑈0000001517⑈ ⑆063112786⑆ 0072760681⑈

09/04/2026 1517 $430.00

BOATHOUSE OYSTER BAR 1528
PO Box 62, Destin, FL 32540 Check date: 08/24/26
Pay to the order of: Philip R Allen $ *********580.00
**Five Hundred Eighty And 00/100 Dollars**
Philip R Allen, 340 Calhoun Ave, Destin, FL 32541
⑈0000001528⑈ ⑆063112786⑆ 0072760681⑈

09/14/2026 1528 $580.00

BOATHOUSE OYSTER BAR 1536
PO Box 62, Destin, FL 32540 Check date: 09/03/26
Pay to the order of: Austin Jennings $ *********525.00
**Five Hundred Twenty-Five And 00/100 Dollars**
Austin Jennings, 311 Bluefish Dr #3, Fort Walton Beach, FL 32548
⑈0000001536⑈ ⑆063112786⑆ 0072760681⑈

09/09/2026 1536 $525.00

BOATHOUSE OYSTER BAR 1520
PO Box 62, Destin, FL 32540 Check date: 08/24/26
Pay to the order of: Hayden Welch $ *********175.00
**One Hundred Seventy-Five And 00/100 Dollars**
Hayden Welch, 4261 Commons Drvie #6305, Destin, FL 32541
⑈0000001520⑈ ⑆063112786⑆ 0072760681⑈

09/01/2026 1520 $175.00

BOATHOUSE OYSTER BAR 1529
PO Box 62, Destin, FL 32540 Check date: 08/24/26
Pay to the order of: Preston Hoffman $ *********400.00
**Four Hundred And 00/100 Dollars**
Preston Hoffman, 31093 Turkey Creek Rd, Red Level, AL 36474
⑈0000001529⑈ ⑆063112786⑆ 0072760681⑈

09/01/2026 1529 $400.00

BOATHOUSE OYSTER BAR 1537
PO Box 62, Destin, FL 32540 Check date: 09/03/26
Pay to the order of: Colton Jordan Hoskins $ *********430.00
**Four Hundred Thirty And 00/100 Dollars**
Colton Jordan Hoskins, 1112 Post Oak Path, Fort Walton Beach, FL 32547
⑈0000001537⑈ ⑆063112786⑆ 0072760681⑈

09/08/2026 1537 $430.00

BOATHOUSE OYSTER BAR 1521
PO Box 62, Destin, FL 32540 Check date: 08/24/26
Pay to the order of: James Couch $ *********250.00
**Two Hundred Fifty And 00/100 Dollars**
James Couch, 23 Bryant Road, Santa Rosa Beach, FL 32459
⑈0000001521⑈ ⑆063112786⑆ 0072760681⑈

09/03/2026 1521 $250.00

BOATHOUSE OYSTER BAR 1530
PO Box 62, Destin, FL 32540 Check date: 08/24/26
Pay to the order of: Shane Curle $ *********770.00
**Seven Hundred Seventy And 00/100 Dollars**
Shane Curle, 19 Rue D Etrelat, Destin, FL 32541
⑈0000001530⑈ ⑆063112786⑆ 0072760681⑈

09/03/2026 1530 $770.00

BOATHOUSE OYSTER BAR 1538
PO Box 62, Destin, FL 32540 Check date: 09/03/26
Pay to the order of: Hayden Welch $ *********175.00
**One Hundred Seventy-Five And 00/100 Dollars**
Hayden Welch, 4261 Commons Drvie #6305, Destin, FL 32541
⑈0000001538⑈ ⑆063112786⑆ 0072760681⑈

09/18/2026 1538 $175.00

BOATHOUSE OYSTER BAR 1522
PO Box 62, Destin, FL 32540 Check date: 08/24/26
Pay to the order of: James Renshaw $ *********250.00
**Two Hundred Fifty And 00/100 Dollars**
James Renshaw, 175 Main St #5069, Destin, FL 32541
⑈0000001522⑈ ⑆063112786⑆ 0072760681⑈

09/01/2026 1522 $250.00

BOATHOUSE OYSTER BAR 1532
PO Box 62, Destin, FL 32540 Check date: 08/24/26
Pay to the order of: Zaqary Lance Stiles $ *********250.00
**Two Hundred Fifty And 00/100 Dollars**
Zaqary Lance Stiles, 6 Pryor Drive, Mary Esther, FL 32569
⑈0000001532⑈ ⑆063112786⑆ 0072760681⑈

09/02/2026 1532 $250.00

BOATHOUSE OYSTER BAR 1539
PO Box 62, Destin, FL 32540 Check date: 09/03/26
Pay to the order of: James Couch $ *********250.00
**Two Hundred Fifty And 00/100 Dollars**
James Couch, 23 Bryant Road, Santa Rosa Beach, FL 32459
⑈0000001539⑈ ⑆063112786⑆ 0072760681⑈

09/11/2026 1539 $250.00

Close Date: 09/30/2026
Account Number: 72760681


09/08/2026 1540 $250.00


09/10/2026 1547 $400.00


09/08/2026 1553 $162.89


09/08/2026 1541 $430.00


09/09/2026 1548 $490.00


09/15/2026 1554 $384.81


09/16/2026 1542 $240.00


09/08/2026 1549 $800.00


09/08/2026 1555 $250.53


09/09/2026 1544 $300.00


09/11/2026 1550 $250.00


09/15/2026 1556 $257.76


09/11/2026 1545 $200.00


09/11/2026 1551 $88.12


09/08/2026 1557 $42.66


09/14/2026 1546 $580.00


09/08/2026 1552 $721.51


09/04/2026 1558 $503.66

Close Date: 09/30/2026
Account Number: 72760681


09/21/2026 1559 $104.01


09/09/2026 1565 $179.38


09/09/2026 1571 $201.49


09/09/2026 1560 $392.36


09/09/2026 1566 $227.85


09/08/2026 1572 $443.36


09/08/2026 1561 $408.95


09/08/2026 1567 $214.00


09/09/2026 1573 $1,201.53


09/08/2026 1562 $527.98


09/09/2026 1568 $234.04


09/08/2026 1574 $1,292.90


09/08/2026 1563 $702.24


09/23/2026 1569 $78.83


09/08/2026 1575 $1,372.70


09/08/2026 1564 $311.20


09/08/2026 1570 $190.20


09/16/2026 1576 $68.20

HANCOCK WHITNEY


Close Date: 09/30/2026
Account Number: 72760681

| | | |
|---|---|---|
| 09/09/2026 1578 $82.68 | 09/28/2026 1585 $250.00 | 09/21/2026 1592 $580.00 |
| 09/10/2026 1579 $181.48 | 09/16/2026 1586 $250.00 | 09/15/2026 1593 $200.00 |
| 09/14/2026 1580 $575.00 | 09/14/2026 1587 $430.00 | 09/21/2026 1594 $770.00 |
| 09/15/2026 1581 $525.00 | 09/22/2026 1588 $240.00 | 09/15/2026 1595 $800.00 |
| 09/14/2026 1583 $200.00 | 09/14/2026 1590 $300.00 | 09/16/2026 1596 $180.00 |
| 09/18/2026 1584 $175.00 | 09/18/2026 1591 $200.00 | 09/15/2026 1597 $250.00 |

1 10
Page: 11 of 16
Close Date: 09/30/2026
Account Number: 72760681



09/16/2026 1598 $384.14



09/16/2026 1604 $63.12



09/15/2026 1610 $543.66



09/14/2026 1599 $761.34



09/14/2026 1605 $550.04



09/25/2026 1611 $158.92



09/14/2026 1600 $227.53



09/21/2026 1606 $140.34



09/14/2026 1612 $349.99



09/15/2026 1601 $304.64



09/16/2026 1607 $296.24



09/15/2026 1613 $71.65



09/14/2026 1602 $248.08



09/11/2026 1608 $405.66



09/14/2026 1615 $143.53



09/15/2026 1603 $190.25



09/18/2026 1609 $499.78



09/15/2026 1616 $308.36


BOATHOUSE OYSTER BAR — PO Box 62, Destin, FL 32540 — 1617 — Check date: 09/10/26
Pay to the order of: Tracy S Outzen $ ********127.25
**One Hundred Twenty-Seven And 25/100 Dollars**
Tracy S Outzen, 288 Stahlman Ave, Destin, FL 32541
000001617 063112786 0072760681

09/23/2026 1617 $127.25


BOATHOUSE OYSTER BAR — PO Box 62, Destin, FL 32540 — 1623 — Check date: 09/10/26
Pay to the order of: Melissa L Schofield $ ********1,372.69
**One Thousand Three Hundred Seventy-Two And 69/100 Dollars**
Melissa L Schofield, 304 Blue Marlin Court, Destin, FL 32541
000001623 063112786 0072760681

09/15/2026 1623 $1,372.69


BOATHOUSE OYSTER BAR — PO Box 62, Destin, FL 32540 — 1631 — Check date: 09/15/26
Pay to the order of: David S Bozeman $ ********200.00
**Two Hundred And 00/100 Dollars**
David S. Bozeman, 114 Mill Stone Cove, Crestview, FL 32539
000001631 063112786 0072760681

09/21/2026 1631 $200.00


BOATHOUSE OYSTER BAR — PO Box 62, Destin, FL 32540 — 1618 — Check date: 09/10/26
Pay to the order of: Devin D Parrish $ ********332.22
**Three Hundred Thirty-Two And 22/100 Dollars**
Devin D Parrish, 710 Winton Court, Destin, FL 32541
000001618 063112786 0072760681

09/17/2026 1618 $332.22


BOATHOUSE OYSTER BAR — PO Box 62, Destin, FL 32540 — 1624 — Check date: 09/10/26
Pay to the order of: Cecilia R Valdez $ ********86.14
**Eighty-Six And 14/100 Dollars**
Cecilia R Valdez, 1536 Shay Lin Ct, Niceville, FL 32578
000001624 063112786 0072760681

09/16/2026 1624 $86.14


BOATHOUSE OYSTER BAR — PO Box 62, Destin, FL 32540 — 1632 — Check date: 09/15/26
Pay to the order of: Hayden Welch $ ********175.00
**One Hundred Seventy-Five And 00/100 Dollars**
Hayden Welch, 4261 Commons Drive #6305, Destin, FL 32541
000001632 063112786 0072760681

09/25/2026 1632 $175.00


BOATHOUSE OYSTER BAR — PO Box 62, Destin, FL 32540 — 1619 — Check date: 09/10/26
Pay to the order of: Richard M Parsons $ ********178.07
**One Hundred Seventy-Eight And 07/100 Dollars**
Richard M Parsons, 3901 Harbor Wind Ct, Destin, FL 32541
000001619 063112786 0072760681

09/15/2026 1619 $178.07


BOATHOUSE OYSTER BAR — PO Box 62, Destin, FL 32540 — 1626 — Check date: 09/10/26
Pay to the order of: Brittany L Welch $ ********72.80
**Seventy-Two And 80/100 Dollars**
Brittany L Welch, 427 Overstreet Dr, Destin, FL 32541
000001626 063112786 0072760681

09/24/2026 1626 $72.80


BOATHOUSE OYSTER BAR — PO Box 62, Destin, FL 32540 — 1633 — Check date: 09/15/26
Pay to the order of: James Couch $ ********250.00
**Two Hundred Fifty And 00/100 Dollars**
James Couch, 23 Bryant Road, Santa Rosa Beach, FL 32459
000001633 063112786 0072760681

09/28/2026 1633 $250.00


BOATHOUSE OYSTER BAR — PO Box 62, Destin, FL 32540 — 1620 — Check date: 09/10/26
Pay to the order of: Jeff D Ross $ ********475.40
**Four Hundred Seventy-Five And 40/100 Dollars**
Jeff D Ross, 723 Green St Apt 6, Fort Walton Beach, FL 32547
000001620 063112786 0072760681

09/14/2026 1620 $475.40


BOATHOUSE OYSTER BAR — PO Box 62, Destin, FL 32540 — 1627 — Check date: 09/10/26
Pay to the order of: Camille K West $ ********279.23
**Two Hundred Seventy-Nine And 23/100 Dollars**
Camille K West, 1 Country Club Rd, Shalimar, FL 32579
000001627 063112786 0072760681

09/21/2026 1627 $279.23


BOATHOUSE OYSTER BAR — PO Box 62, Destin, FL 32540 — 1634 — Check date: 09/15/26
Pay to the order of: James Renshaw $ ********333.00
**Three Hundred Thirty-Three And 00/100 Dollars**
James Renshaw, 175 Main St #5308, Destin, FL 32541
000001634 063112786 0072760681

09/24/2026 1634 $333.00


BOATHOUSE OYSTER BAR — PO Box 62, Destin, FL 32540 — 1621 — Check date: 09/10/25
Pay to the order of: Brandi N Schaaf $ ********1,158.89
**One Thousand One Hundred Fifty-Eight And 89/100 Dollars**
Brandi N Schaaf, 3228 J W Hollington Rd, Freeport, FL 32439
000001621 063112786 0072760681

09/14/2026 1621 $1,158.89


BOATHOUSE OYSTER BAR — PO Box 62, Destin, FL 32540 — 1628 — Check date: 09/15/26
Pay to the order of: Adrian Howland $ ********575.00
**Five Hundred Seventy-Five And 00/100 Dollars**
Adrian Howland, 907 Piedmont Place Unit 5, Fort Walton Beach, FL 32547
000001628 063112786 0072760681

09/21/2026 1628 $575.00


BOATHOUSE OYSTER BAR — PO Box 62, Destin, FL 32540 — 1635 — Check date: 09/15/25
Pay to the order of: Jason T Findley $ ********513.00
**Five Hundred Thirteen And 00/100 Dollars**
Jason T Findley, 206 Combs Manor Ct NW, Fort Walton Beach, FL 32548
000001635 063112786 0072760681

09/21/2026 1635 $513.00


BOATHOUSE OYSTER BAR — PO Box 62, Destin, FL 32540 — 1622 — Check date: 09/10/26
Pay to the order of: Christopher L Schofield $ ********1,292.90
**One Thousand Two Hundred Ninety-Two And 90/100 Dollars**
Christopher L Schofield, 304 Blue Marlin Court, Destin, FL 32541
000001622 063112786 0072760681

09/15/2026 1622 $1,292.90


BOATHOUSE OYSTER BAR — PO Box 62, Destin, FL 32540 — 1629 — Check date: 09/15/26
Pay to the order of: Austin Jennings $ ********787.50
**Seven Hundred Eighty-Seven And 50/100 Dollars**
Austin Jennings, 311 Bluefish Dr #3, Fort Walton Beach, FL 32548
000001629 063112786 0072760681

09/22/2026 1629 $787.50


BOATHOUSE OYSTER BAR — PO Box 62, Destin, FL 32540 — 1636 — Check date: 09/15/25
Pay to the order of: Joseph Collins $ ********240.00
**Two Hundred Forty And 00/100 Dollars**
Joseph Collins, 19531 Hunting Club Rd, Seminole, AL 36574
000001636 063112786 0072760681

09/25/2026 1636 $240.00

Close Date: 09/30/2026
Account Number: 72760681

| | | |
|---|---|---|
| 09/22/2026 | 1638 | $300.00 |
| 09/25/2026 | 1644 | $180.00 |
| 09/22/2026 | 1651 | $284.48 |
| 09/25/2026 | 1639 | $200.00 |
| 09/23/2026 | 1645 | $333.00 |
| 09/23/2026 | 1652 | $61.46 |
| 09/28/2026 | 1640 | $580.00 |
| 09/30/2026 | 1646 | $207.76 |
| 09/21/2026 | 1653 | $562.36 |
| 09/24/2026 | 1641 | $200.00 |
| 09/21/2026 | 1647 | $963.06 |
| 09/23/2026 | 1655 | $306.95 |
| 09/28/2026 | 1642 | $560.00 |
| 09/21/2026 | 1648 | $210.48 |
| 09/21/2026 | 1656 | $386.90 |
| 09/21/2026 | 1643 | $800.00 |
| 09/21/2026 | 1650 | $255.96 |
| 09/29/2026 | 1657 | $467.96 |

Close Date: 09/30/2026
Account Number: 72760681

| Date | Check | Amount |
|---|---|---|
| 09/22/2026 | 1658 | $595.32 |
| 09/22/2026 | 1666 | $165.25 |
| 09/29/2026 | 1675 | $575.00 |
| 09/21/2026 | 1659 | $328.77 |
| 09/21/2026 | 1667 | $438.54 |
| 09/29/2026 | 1676 | $225.00 |
| 09/22/2026 | 1660 | $117.76 |
| 09/22/2026 | 1668 | $1,056.02 |
| 09/29/2026 | 1677 | $200.00 |
| 09/21/2026 | 1662 | $171.12 |
| 09/21/2026 | 1669 | $1,292.91 |
| 09/28/2026 | 1681 | $333.00 |
| 09/25/2026 | 1663 | $250.80 |
| 09/21/2026 | 1670 | $1,372.70 |
| 09/29/2026 | 1685 | $300.00 |
| 09/25/2026 | 1665 | $331.27 |
| 09/24/2026 | 1673 | $127.40 |
| 09/29/2026 | 1688 | $1,500.00 |

HANCOCK WHITNEY



Close Date: 09/30/2026
Account Number: 72760681

| Date | Check | Amount |
|---|---|---|
| 09/29/2026 | 1690 | $800.00 |
| 09/30/2026 | 1700 | $237.47 |
| 09/29/2026 | 1707 | $631.54 |
| 09/29/2026 | 1691 | $420.00 |
| 09/28/2026 | 1701 | $133.26 |
| 09/30/2026 | 1708 | $89.81 |
| 09/29/2026 | 1692 | $333.00 |
| 09/28/2026 | 1702 | $621.74 |
| 09/28/2026 | 1709 | $357.28 |
| 09/30/2026 | 1695 | $268.54 |
| 09/29/2026 | 1704 | $227.65 |
| 09/28/2026 | 1712 | $145.67 |
| 09/28/2026 | 1696 | $1,161.19 |
| 09/25/2026 | 1705 | $418.24 |
| 09/29/2026 | 1716 | $192.97 |
| 09/29/2026 | 1697 | $231.71 |
| 09/29/2026 | 1706 | $506.25 |
| 09/28/2026 | 1717 | $525.88 |

Close Date: 09/30/2026
Account Number: 72760681



BOATHOUSE OYSTER BAR
Hancock Bank
1718
PO Box 62
Destin, FL 32540
Check date: 09/24/26
Pay to the order of: Brandi N Schaaf
$ *********963.93
**Nine Hundred Sixty-Three And 93/100 Dollars************************************
Brandi N Schaaf
3226 J W Hollington Rd
Freeport, FL 32439
⑈0000001718⑈ ⑆063112786⑆ 007276068 1⑈

09/29/2026 1718 $963.93

In case of errors or questions about your electronic transfers, telephone or write us at the address listed as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

Hancock Whitney
Attn: Deposit Services
P.O. Box 4019
Gulfport, MS 39502
1-800-448-8812

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Notice About Electronic Check Conversion**
When you provide a check payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

---

**Handyline Information**

Interest Charges: Interest Charges have been computed on your Handyline Account by applying each Daily Periodic Rate disclosed on the face of this statement to the Daily Balance of your Account over the current billing cycle, and then multiplying the resulting product by the number of days in the billing cycle. The Daily Balance of your Account has been computed by totaling the "Closing Principal Balance" of your Account for each day of your billing cycle and dividing the resulting total by the number of days in the billing cycle.

The closing Principal Balance of your Account for each day of the billing cycle was computed by taking into consideration payments, credits, loan advances and other debits posted to your Account over the billing cycle, but disregarding any unpaid Interest Charges. Interest Charges have been assessed on new loans and other debits under your Account from date of posting, and there is not a time period within which payments may be made in order to completely avoid Interest Charges.

Provided you have not made at least the minimum payment due within fourteen days of the statement date:

1. If you have an unsecured Handyline Account, your checking account has been charged with a minimum payment equal to 1/20th of the disclosed New Balance on the face of this statement (less any amount disputed by you), or $25.00, whichever is greater. If the New Balance of your Account was less than $25.00, your checking account has been charged for the entire New Balance (less any amount disputed by you).
2. If you have a secured Handyline Account, your checking account has been charged with a minimum payment equal to 1/50th of the disclosed New Balance on the face of this statement (less any amount disputed by you), or $100.00, whichever is greater. If the New Balance of your Account was less than $100.00, your checking account has been charged for the entire New Balance (less any amount disputed by you).

You have the option to make additional payments in excess of the minimum payment on your Handyline Account in any amount and at any time, thus reducing your exposure to additional Interest Charges. Payments should be mailed to: Lending Services, P.O. Box 4020, Gulfport, MS 39502, Attn: Handyline. Payments we receive at the above address by 10:00 A.M. will be credited to your Handyline Account as of the date of receipt. Handyline payments made at other bank locations will be promptly credited to your Account, but in no event longer than five (5) days after receipt.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at Hancock Whitney Lending Services, P.O. Box 4019, Gulfport, MS 39502-0420 and include the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. Hancock Whitney clients may call us at 1-800-448-8812, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

CHECK / DEBIT TRANSACTIONS OUTSTANDING THIS MONTH
(Not charged to your account as of statement date)

| Check # or Transaction Type | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

BANK BALANCE AS SHOWN ON THIS STATEMENT $____________

Deposits Not Credited In This Statement Cycle (If Any) $____________

Add Total of Deposits Not Credited +$____________

Subtract Total Outstanding Checks/Debits -$____________

BALANCE =$____________

This balance should agree with your checkbook balance. Remember to deduct service charges/fees (if any) shown on your statement this month.

HANCOCK WHITNEY

PO Box 4019
Gulfport, MS 39502-4019
Electronic Service Requested

EQUAL HOUSING LENDER

FDIC



Statements Dates
09/01/2026 - 09/30/2026

Account Number:
72760673

Images:
118

* IMAGE * E0

1
**BOATHOUSE MARINA DOCKS INC**
**OPERATING ACCOUNT**
**304 BLUE MARLIN CT**
**DESTIN FL 32541**

**VISIT HANCOCKWHITNEY.COM TO ENROLL IN ONLINE BANKING WITH ESTATEMENTS. CALL US AT 800-448-8812.**

## Checking Account Summary

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | 85,574.29 | AVERAGE BALANCE | |
| + 44 CREDITS | 270,598.53 | | 46,737.44 |
| - 145 DEBITS | 318,517.90 | YTD INTEREST PAID | |
| - SERVICE CHARGES | 67.50 | | .00 |
| + INTEREST PAID | .00 | | |
| ENDING BALANCE | 37,587.42 | | |

*** * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * ***

- ## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 09/01 | 9,000.00 | CT D 2866839 |
| 09/01 | 9,000.00 | CT D 2866839 |
| 09/01 | 20,000.00 | TRNSFR CREDIT OLB XFER FROM 0703 |
| 09/04 | 330.00 | DEPOSIT |
| 09/04 | 1,700.00 | DEPOSIT |
| 09/04 | 2,046.00 | DEPOSIT |
| 09/04 | 2,755.00 | DEPOSIT |
| 09/04 | 50,775.49 | DEPOSIT |
| 09/08 | 2,222.00 | DEPOSIT |
| 09/08 | 2,811.00 | DEPOSIT |
| 09/08 | 3,657.00 | DEPOSIT |
| 09/08 | 4,369.00 | DEPOSIT |
| 09/08 | 20,000.00 | TRNSFR CREDIT OLB XFER FROM 0703 |
| 09/11 | 43.00 | DEPOSIT |
| 09/11 | 92.00 | DEPOSIT |
| 09/11 | 1,338.00 | DEPOSIT |
| 09/11 | 1,879.00 | DEPOSIT |
| 09/14 | 1,836.00 | DEPOSIT |
| 09/14 | 2,613.00 | DEPOSIT |
| 09/14 | 3,443.00 | DEPOSIT |
| 09/16 | 13,000.00 | TRNSFR CREDIT OLB XFER FROM 0703 |
| 09/17 | 11.92 | FintechEFT Lewis Bear Co., 026259010200731CCD |
| 09/17 | 1,100.00 | DEPOSIT |
| 09/17 | 2,454.00 | DEPOSIT |
| 09/17 | 3,860.00 | DEPOSIT |
| 09/18 | 3,077.00 | DEPOSIT |
| 09/21 | 0.07 | 397204191886 HANCOCK WHITNEY 026264001347769CCD |
| 09/21 | 5.86 | 397204191886 HANCOCK WHITNEY 026264001348919CCD |
| 09/21 | 2,996.00 | DEPOSIT |
| 09/21 | 3,652.00 | DEPOSIT |
| 09/21 | 3,872.00 | DEPOSIT |
| 09/21 | 15,000.00 | TRNSFR CREDIT OLB XFER FROM 0703 |
| 09/23 | 0.03 | 397204191886 HANCOCK WHITNEY 026266002030951CCD |
| 09/24 | 503.00 | DEPOSIT |
| 09/24 | 1,209.00 | DEPOSIT |
| 09/24 | 3,000.00 | TRNSFR CREDIT OLB XFER FROM 0703 |
| 09/24 | 3,230.00 | DEPOSIT |
| 09/24 | 8,983.68 | 397204191886 HANCOCK WHITNEY 026267002448938CCD |
| 09/25 | 4,602.68 | 397204191886 HANCOCK WHITNEY 026268002808582CCD |
| 09/28 | 9,039.90 | 397204191886 HANCOCK WHITNEY 026271003253000CCD |

PO Box 4019
Gulfport, MS 39502-4019
Electronic Service Requested

EQUAL HOUSING LENDER

1



Statements Dates
09/01/2026 - 09/30/2026

Account Number:
72760673

Images:
118

*  IMAGE  * E0

**BOATHOUSE MARINA DOCKS INC**
**OPERATING ACCOUNT**
**304 BLUE MARLIN CT**
**DESTIN FL 32541**

## Deposits and Other Credits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 09/28 | 13,478.95 | 397204191886 HANCOCK WHITNEY 026271003251831CCD | 09/29 | 10,920.05 | 397204191886 HANCOCK WHITNEY 026272003680091CCD |
| 09/28 | 22,015.12 | 397204191886 HANCOCK WHITNEY 026271003251102CCD | 09/30 | 4,677.78 | 397204191886 HANCOCK WHITNEY 026273004092278CCD |

## Checks

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| 09/11 | | 5,783.00 | 09/22 | 1233 | 335.52 |
| 09/14 | 1142 | 995.58 | 09/21 | 1234 | 293.80 |
| 09/01 | 1149 * | 881.27 | 09/22 | 1237 * | 881.27 |
| 09/01 | 1153 * | 1,971.25 | 09/18 | 1238 | 235.95 |
| 09/01 | 1155 * | 308.75 | 09/08 | 1239 | 962.50 |
| 09/02 | 1162 * | 1,055.00 | 09/22 | 1240 | 7,475.82 |
| 09/04 | 1163 | 1,000.00 | 09/22 | 1241 | 771.91 |
| 09/01 | 1166 * | 335.52 | 09/29 | 1242 | 4,016.44 |
| 09/01 | 1174 * | 1,783.54 | 09/22 | 1243 | 1,249.15 |
| 09/22 | 1177 * | 594.36 | 09/21 | 1245 * | 410.59 |
| 09/04 | 1179 * | 42.35 | 09/21 | 1246 | 1,715.02 |
| 09/03 | 1180 | 114.00 | 09/22 | 1247 | 277.50 |
| 09/10 | 1181 | 561.31 | 09/08 | 1250 * | 999.50 |
| 09/01 | 1183 * | 2,615.80 | 09/16 | 1251 | 79.34 |
| 09/01 | 1185 * | 718.00 | 09/22 | 1252 | 42.35 |
| 09/09 | 1187 * | 143.75 | 09/18 | 1253 | 1,043.56 |
| 09/01 | 1188 | 227.81 | 09/22 | 1254 | 1,186.93 |
| 09/01 | 1191 * | 106.25 | 09/23 | 1255 | 250.00 |
| 09/03 | 1192 | 320.00 | 09/17 | 1256 | 947.76 |
| 09/10 | 1193 | 1,415.30 | 09/29 | 1257 | 1,225.94 |
| 09/01 | 1195 * | 3,210.36 | 09/09 | 1258 | 3,520.00 |
| 09/01 | 1197 * | 1,493.80 | 09/21 | 1259 | 3,814.00 |
| 09/01 | 1200 * | 758.21 | 09/22 | 1260 | 460.75 |
| 09/01 | 1201 | 783.10 | 09/21 | 1261 | 691.00 |
| 09/02 | 1204 * | 353.25 | 09/22 | 1262 | 1,097.04 |
| 09/03 | 1206 * | 5,786.66 | 09/18 | 1263 | 446.20 |
| 09/01 | 1207 | 172.50 | 09/04 | 1265 * | 32,500.00 |
| 09/10 | 1215 * | 383.16 | 09/24 | 1266 | 1,030.00 |
| 09/01 | 1216 | 1,017.86 | 09/04 | 1268 * | 15,000.00 |
| 09/01 | 1218 * | 800.65 | 09/04 | 1269 | 8,106.00 |
| 09/01 | 1219 | 761.52 | 09/23 | 1270 | 607.11 |
| 09/03 | 1222 * | 42.35 | 09/22 | 1271 | 335.52 |
| 09/04 | 1223 | 525.00 | 09/18 | 1272 | 633.65 |
| 09/23 | 1228 * | 1,049.83 | 09/14 | 1273 | 996.50 |
| 09/24 | 1229 | 142.55 | 09/18 | 1274 | 97.35 |
| 09/22 | 1231 * | 490.20 | 09/28 | 1276 * | 3,479.68 |
| 09/21 | 1232 | 990.00 | 09/29 | 1278 * | 1,176.74 |

HANCOCK WHITNEY
PO Box 4019
Gulfport, MS 39502-4019
Electronic Service Requested

EQUAL HOUSING LENDER

FDIC



Statements Dates
09/01/2026 - 09/30/2026

Account Number:
72760673

Images:
118

*  IMAGE  * E0

**BOATHOUSE MARINA DOCKS INC**
**OPERATING ACCOUNT**
**304 BLUE MARLIN CT**
**DESTIN FL 32541**

## • Checks

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| 09/16 | 1279 | 1,920.00 | 09/29 | 1303 | 304.00 |
| 09/22 | 1280 | 595.75 | 09/18 | 1304 | 413.00 |
| 09/22 | 1281 | 821.80 | 09/21 | 1305 | 3,964.52 |
| 09/16 | 1282 | 1,866.42 | 09/29 | 1306 | 790.56 |
| 09/22 | 1285 * | 783.10 | 09/23 | 1307 | 358.45 |
| 09/18 | 1286 | 77.65 | 09/22 | 1308 | 487.50 |
| 09/16 | 1287 | 550.50 | 09/29 | 1309 | 42.35 |
| 09/22 | 1288 | 509.99 | 09/23 | 1310 | 320.00 |
| 09/18 | 1289 | 949.68 | 09/24 | 1311 | 220.00 |
| 09/29 | 1290 | 2,141.73 | 09/24 | 1312 | 983.41 |
| 09/16 | 1291 | 1,680.00 | 09/28 | 1313 | 99.87 |
| 09/22 | 1292 | 613.75 | 09/25 | 1314 | 2,255.73 |
| 09/18 | 1293 | 283.90 | 09/23 | 1315 | 1,600.00 |
| 09/16 | 1294 | 315.50 | 09/22 | 1316 | 862.50 |
| 09/29 | 1295 | 335.52 | 09/29 | 1318 * | 488.55 |
| 09/23 | 1296 | 82.85 | 09/29 | 1321 * | 839.50 |
| 09/22 | 1297 | 467.50 | 09/30 | 1322 | 1,787.63 |
| 09/25 | 1298 | 2,435.82 | 09/24 | 1324 * | 15,091.00 |
| 09/24 | 1299 | 171.00 | 09/29 | 1327 * | 207.50 |
| 09/24 | 1300 | 103.89 | 09/29 | 1331 * | 307.50 |
| 09/22 | 1301 | 719.61 | 09/30 | 1334 * | 2,871.29 |
| 09/23 | 1302 | 1,760.00 | 09/29 | 1337 * | 900.00 |

## • Other Debits

| Date | Amount | Description |
|---|---|---|
| 09/15 | 1,219.41 | SWEEP TRANSFER DEBIT OVERDRAFT PROTECTION TO 0072760681 |
| 09/29 | 1,783.12 | SWEEP TRANSFER DEBIT OVERDRAFT PROTECTION TO 0072760681 |
| 09/30 | 813.58 | SWEEP TRANSFER DEBIT OVERDRAFT PROTECTION TO 0072760681 |
| 09/03 | 124.95 | CHANNEL TRANSFER DEBIT OLB XFER TO 0728 |
| 09/03 | 212.98 | 397204191886 HANCOCK WHITNEY 026246006480763CCD |
| 09/03 | 2,880.05 | FINTECHEFT Goldring Gulf Di 026246006326901CCD |
| 09/03 | 4,554.90 | FintechEFT Lewis Bear Co., 026245006149852CCD |
| 09/04 | 33,953.63 | PAYMENTS INTERSTATE BUSIN 026247006980272CCD |
| 09/08 | 1,695.00 | FintechEFT Premier Beverage 026247006998322CCD |
| 09/08 | 10,752.60 | FintechEFT Southern Glazer' 026247006998295CCD |
| 09/08 | 17,624.63 | PAYMENT Davison Fuels & 026247006958029CCD |
| 09/09 | 810.07 | FINTECHEFT Goldring Gulf Di 026252007792257CCD |
| 09/09 | 4,697.64 | FintechEFT Lewis Bear Co., 026251007687226CCD |
| 09/10 | 253.85 | CHANNEL TRANSFER DEBIT OLB XFER TO 0728 |
| 09/14 | 2,373.90 | FintechEFT Premier Beverage 026254008908479CCD |
| 09/15 | 73.93 | INS. PREM. NEW YORK LIFE 026257009347551WEB |
| 09/15 | 208.48 | INS. PREM. NEW YORK LIFE 026257009347550WEB |
| 09/15 | 368.39 | INS. PREM. NEW YORK LIFE 026257009347549WEB |
| 09/18 | 16,383.27 | C01 FLA DEPT REVENUE 026261000872787CCD |

Case 26-31011-JCO Doc 41-1 Filed 11/06/26 Page 23 of 34

PO Box 4019
Gulfport, MS 39502-4019
Electronic Service Requested

EQUAL HOUSING LENDER

1



Statements Dates
09/01/2026 - 09/30/2026

Account Number:
72760673

Images:
118

* IMAGE * E0

**BOATHOUSE MARINA DOCKS INC**
**OPERATING ACCOUNT**
**304 BLUE MARLIN CT**
**DESTIN FL 32541**

## Other Debits

| Date | Amount | Description |
|---|---|---|
| 09/21 | 921.60 | FintechEFT Gold Coast Bever 026261000928402CCD |
| 09/22 | 456.52 | FintechEFT Lewis Bear Co., 026264001492431CCD |
| 09/23 | 2,212.50 | FINTECHEFT Goldring Gulf Di 026266001934934CCD |
| 09/24 | 5,781.93 | FintechEFT Lewis Bear Co., 026266002163831CCD |
| 09/24 | 8,248.55 | FINTECHEFT Goldring Gulf Di 026267002319892CCD |
| 09/28 | 1,117.50 | FintechEFT Lewis Bear Co., 026268002927966CCD |
| 09/29 | 1,906.80 | FINTECHEFT Goldring Gulf Di 026272003557134CCD |
| 09/29 | 4,581.07 | ACH ARPAY HACKNEYRECMILTON 026271003420104CCD |
| 09/30 | 67.50 | CASH ITEM CHARGES IH |

## Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/31 | 85,574.29 | 09/11 | 43,472.16 | 09/23 | 23,675.51 |
| 09/01 | 105,628.10 | 09/14 | 46,998.18 | 09/24 | 8,828.86 |
| 09/02 | 104,219.85 | 09/15 | 45,127.97 | 09/25 | 8,739.99 |
| 09/03 | 90,183.96 | 09/16 | 51,716.21 | 09/28 | 48,576.91 |
| 09/04 | 56,663.47 | 09/17 | 58,194.37 | 09/29 | 38,449.64 |
| 09/08 | 57,688.24 | 09/18 | 40,707.16 | 09/30 | 37,587.42 |
| 09/09 | 48,516.78 | 09/21 | 53,432.56 | | |
| 09/10 | 45,903.16 | 09/22 | 31,916.22 | | |

Case 26-31011-JCO Doc 41-1 Filed 11/06/26 Page 24 of 34



HANCOCK WHITNEY

Close Date: 09/30/2026
Account Number: 72760673

**DDA Withdrawal Ticket**
**DDAWDL**

UserName: A109097
Cash Dwr: 43125
JournalSequence: 83
CustomerAccount: ****0673
TranDate: 2026-09-11 TranTime: 12:40
TranName: MoneyDistWithdrawalChecking
CostCenter: 4431
TranDescription: Money Dist. Withdrawal Checking

Account Number: 72760673
Date: 09/11/2026 12:40:13
Amount: $ 5,783.00

09/11/2026 $5,783.00

---

BOATHOUSE OYSTER BAR — 1163
PO Box 62, Destin, FL 32540
Check date: 08/02/26
Pay to the order of: Silver Shade Studios $ ******1,000.00
**One Thousand And 00/100 Dollars**
Silver Shade Studios, 374 Echo Circle, Fort Walton Beach, FL 32548

09/04/2026 1163 $1,000.00

---

BOATHOUSE OYSTER BAR — 1181
PO Box 62, Destin, FL 32540
Check date: 08/07/26
Pay to the order of: Imperial Dade $ ********561.31
**Five Hundred Sixty-One And 31/100 Dollars**
Imperial Dade, 255 Rout 1 and 9, Jersey City, NJ 07306

09/10/2026 1181 $561.31

---

BOATHOUSE OYSTER BAR — 1142
PO Box 62, Destin, FL 32540
Check date: 07/28/26
Pay to the order of: Performance Foodservice $ *******995.58
**Nine Hundred Ninety-Five And 58/100 Dollars**
Performance Foodservice, 107 B Ave, Valdosta, GA 31601-8150

09/14/2026 1142 $995.58

---

BOATHOUSE OYSTER BAR — 1166
PO Box 62, Destin, FL 32540
Pay to the order of: Cintas Corp $ *******335.52
**Three Hundred Thirty-Five And 52/100 Dollars**
Cintas Corp, PO Box 630910, Cincinnati, OH 45263-0910

09/01/2026 1166 $335.52

---

BOATHOUSE OYSTER BAR — 1183
PO Box 62, Destin, FL 32540
Check date: 08/07/26
Pay to the order of: Sysco $ ******2,615.80
**Two Thousand Six Hundred Fifteen And 80/100 Dollars**
Sysco, 2001 W Magnolia Ave, Geneva, AL 36340

09/01/2026 1183 $2,615.80

---

BOATHOUSE OYSTER BAR — 1149
PO Box 62, Destin, FL 32540
Pay to the order of: Cintas Corp $ ********881.27
**Eight Hundred Eighty-One And 27/100 Dollars**
Cintas Corp, PO Box 630910, Cincinnati, OH 45263-0910

09/01/2026 1149 $881.27

---

BOATHOUSE OYSTER BAR — 1174
PO Box 62, Destin, FL 32540
Check date: 08/07/26
Pay to the order of: Sysco $ ******1,783.54
**One Thousand Seven Hundred Eighty-Three And 54/100 Dollars**
Sysco, 2001 W Magnolia Ave, Geneva, AL 36340

09/01/2026 1174 $1,783.54

---

BOATHOUSE OYSTER BAR — 1185
PO Box 62, Destin, FL 32540
Check date: 08/07/26
Pay to the order of: Willingham Seafood Company $ ********718.00
**Seven Hundred Eighteen And 00/100 Dollars**
Willingham Seafood Company, PO Box 1332, Niceville, FL 32588

09/01/2026 1185 $718.00

---

BOATHOUSE OYSTER BAR — 1153
PO Box 62, Destin, FL 32540
Check date: 08/01/26
Pay to the order of: Sysco $ ******1,971.25
**One Thousand Nine Hundred Seventy-One And 25/100 Dollars**
Sysco, 2001 W Magnolia Ave, Geneva, AL 36340

09/01/2026 1153 $1,971.25

---

BOATHOUSE OYSTER BAR — 1177
PO Box 62, Destin, FL 32540
Check date: 08/07/26
Pay to the order of: Cintas Corp $ ********594.36
**Five Hundred Ninety-Four And 36/100 Dollars**
Cintas Corp, PO Box 630910, Cincinnati, OH 45263-0910

09/22/2026 1177 $594.36

---

BOATHOUSE OYSTER BAR — 1187
PO Box 62, Destin, FL 32540
Check date: 08/11/26
Pay to the order of: Bryan Pest Control $ ********143.75
**One Hundred Forty-Three And 75/100 Dollars**
Bryan Pest Control, 911 Don Drive, Fort Walton Beach, FL 32547

09/09/2026 1187 $143.75

---

BOATHOUSE OYSTER BAR — 1155
PO Box 62, Destin, FL 32540
Check date: 08/01/26
Pay to the order of: Willingham Seafood Company $ ********308.75
**Three Hundred Eight And 75/100 Dollars**
Willingham Seafood Company, PO Box 1332, Niceville, FL 32588

09/01/2026 1155 $308.75

---

BOATHOUSE OYSTER BAR — 1179
PO Box 62, Destin, FL 32540
Check date: 08/07/26
Pay to the order of: Cozzini Bros, Inc. $ *********42.35
**Forty-Two And 35/100 Dollars**
Cozzini Bros, Inc., 5430 W Bryan Mawr Ave, Ste 500, Chicago, IL 60631

09/04/2026 1179 $42.35

---

BOATHOUSE OYSTER BAR — 1188
PO Box 62, Destin, FL 32540
Check date: 08/11/26
Pay to the order of: Cintas Corp $ ********227.81
**Two Hundred Twenty-Seven And 81/100 Dollars**
Cintas Corp, PO Box 630910, Cincinnati, OH 45263-0910

09/01/2026 1188 $227.81

---

BOATHOUSE OYSTER BAR — 1162
PO Box 62, Destin, FL 32540
Check date: 08/02/26
Pay to the order of: Destin Mini Storage $ ******1,055.00
**One Thousand Fifty-Five And 00/100 Dollars**
Destin Mini Storage, 193 Stahlman Avenue, Destin, FL 32541

09/02/2026 1162 $1,055.00

---

BOATHOUSE OYSTER BAR — 1180
PO Box 62, Destin, FL 32540
Check date: 08/07/26
Pay to the order of: Hawks $ ********114.00
**One Hundred Fourteen And 00/100 Dollars**
Hawks, 4713 N. Hale Ave, Tampa, FL 33614

09/03/2026 1180 $114.00

---

BOATHOUSE OYSTER BAR — 1191
PO Box 62, Destin, FL 32540
Check date: 08/11/26
Pay to the order of: Culligan $ ********106.25
**One Hundred Six And 25/100 Dollars**
Culligan, 624 Lovejoy Rd NW, Fort Walton Beach, FL 32548-3832

09/01/2026 1191 $106.25

Close Date: 09/30/2026
Account Number: 72760673

| | | |
|---|---|---|
| 09/03/2026 | 1192 | $320.00 |
| 09/02/2026 | 1204 | $353.25 |
| 09/01/2026 | 1219 | $761.52 |
| 09/10/2026 | 1193 | $1,415.30 |
| 09/03/2026 | 1206 | $5,786.66 |
| 09/03/2026 | 1222 | $42.35 |
| 09/01/2026 | 1195 | $3,210.36 |
| 09/01/2026 | 1207 | $172.50 |
| 09/04/2026 | 1223 | $525.00 |
| 09/01/2026 | 1197 | $1,493.80 |
| 09/10/2026 | 1215 | $383.16 |
| 09/23/2026 | 1228 | $1,049.83 |
| 09/01/2026 | 1200 | $758.21 |
| 09/01/2026 | 1216 | $1,017.86 |
| 09/24/2026 | 1229 | $142.55 |
| 09/01/2026 | 1201 | $783.10 |
| 09/01/2026 | 1218 | $800.65 |
| 09/22/2026 | 1231 | $490.20 |

Close Date: 09/30/2026
Account Number: 72760673

| | | |
|---|---|---|
| 09/21/2026 1232 $990.00 | 09/22/2026 1240 $7,475.82 | 09/22/2026 1247 $277.50 |
| 09/22/2026 1233 $335.52 | 09/22/2026 1241 $771.91 | 09/08/2026 1250 $999.50 |
| 09/21/2026 1234 $293.80 | 09/29/2026 1242 $4,016.44 | 09/16/2026 1251 $79.34 |
| 09/22/2026 1237 $881.27 | 09/22/2026 1243 $1,249.15 | 09/22/2026 1252 $42.35 |
| 09/18/2026 1238 $235.95 | 09/21/2026 1245 $410.59 | 09/18/2026 1253 $1,043.56 |
| 09/08/2026 1239 $962.50 | 09/21/2026 1246 $1,715.02 | 09/22/2026 1254 $1,186.93 |

Close Date: 09/30/2026
Account Number: 72760673




09/23/2026 1255 $250.00




09/21/2026 1261 $691.00




09/04/2026 1269 $8,106.00




09/17/2026 1256 $947.76




09/22/2026 1262 $1,097.04




09/23/2026 1270 $607.11




09/29/2026 1257 $1,225.94




09/18/2026 1263 $446.20




09/22/2026 1271 $335.52




09/09/2026 1258 $3,520.00




09/04/2026 1265 $32,500.00




09/18/2026 1272 $633.65




09/21/2026 1259 $3,814.00




09/24/2026 1266 $1,030.00




09/14/2026 1273 $996.50




09/22/2026 1260 $460.75




09/04/2026 1268 $15,000.00




09/18/2026 1274 $97.35

HANCOCK WHITNEY



Close Date: 09/30/2026

Account Number: 72760673

09/28/2026 1276 $3,479.68

09/22/2026 1285 $783.10

09/16/2026 1291 $1,680.00

09/29/2026 1278 $1,176.74

09/18/2026 1286 $77.65

09/22/2026 1292 $613.75

09/16/2026 1279 $1,920.00

09/16/2026 1287 $550.50

09/18/2026 1293 $283.90

09/22/2026 1280 $595.75

09/22/2026 1288 $509.99

09/16/2026 1294 $315.50

09/22/2026 1281 $821.80

09/18/2026 1289 $949.68

09/29/2026 1295 $335.52

09/16/2026 1282 $1,866.42

09/29/2026 1290 $2,141.73

09/23/2026 1296 $82.85

HANCOCK WHITNEY


Close Date: 09/30/2026
Account Number: 72760673

09/22/2026 1297 $467.50

09/29/2026 1303 $304.00

09/29/2026 1309 $42.35

09/25/2026 1298 $2,435.82

09/18/2026 1304 $413.00

09/23/2026 1310 $320.00

09/24/2026 1299 $171.00

09/21/2026 1305 $3,964.52

09/24/2026 1311 $220.00

09/24/2026 1300 $103.89

09/29/2026 1306 $790.56

09/24/2026 1312 $983.41

09/22/2026 1301 $719.61

09/23/2026 1307 $358.45

09/28/2026 1313 $99.87

09/23/2026 1302 $1,760.00

09/22/2026 1308 $487.50

09/25/2026 1314 $2,255.73

Close Date: 09/30/2026
Account Number: 72760673

**BOATHOUSE OYSTER BAR** Hancock Bank 1316
PO Box 62
Destin, FL 32540
Check date: 09/18/26
Pay to the order of: Two Mile Seafood $ *******1,600.00
**One Thousand Six Hundred And 00/100 Dollars*****
Two Mile Seafood
PO Box 494
Appalachicola, FL 32329
⑈0000001315⑈ ⑆063112786⑆ 0072760673⑈

09/23/2026 1315 $1,600.00

**BOATHOUSE OYSTER BAR** Hancock Bank 1327
PO Box 62
Destin, FL 32540
Check date: 09/24/26
Pay to the order of: Coastal Ice Distributors $ *********207.50
**Two Hundred Seven And 50/100 Dollars*****
Coastal Ice Distributors
PO Box 5348
Destin, FL 32540
⑈0000001327⑈ ⑆063112786⑆ 0072760673⑈

09/29/2026 1327 $207.50

**BOATHOUSE OYSTER BAR** Hancock Bank 1316
PO Box 62
Destin, FL 32540
Check date: 09/20/26
Pay to the order of: Coastal Ice Distributors $ *********862.50
**Eight Hundred Sixty-Two And 50/100 Dollars*****
Coastal Ice Distributors
PO Box 5348
Destin, FL 32540
⑈0000001316⑈ ⑆063112786⑆ 0072760673⑈

09/22/2026 1316 $862.50

**BOATHOUSE OYSTER BAR** Hancock Bank 1331
PO Box 62
Destin, FL 32540
Check date: 09/24/26
Pay to the order of: Coastal Ice Distributors $ *********307.50
**Three Hundred Seven And 50/100 Dollars*****
Coastal Ice Distributors
PO Box 5348
Destin, FL 32540
⑈0000001331⑈ ⑆063112786⑆ 0072760673⑈

09/29/2026 1331 $307.50

**BOATHOUSE OYSTER BAR** Hancock Bank 1318
PO Box 62
Destin, FL 32540
Check date: 09/20/26
Pay to the order of: Willingham Seafood Company $ *********488.55
**Four Hundred Eighty-Eight And 55/100 Dollars*****
Willingham Seafood Company
PO Box 1332
Niceville, FL 32588
⑈0000001318⑈ ⑆063112786⑆ 0072760673⑈

09/29/2026 1318 $488.55

**BOATHOUSE OYSTER BAR** Hancock Bank 1334
PO Box 62
Destin, FL 32540
Check date: 09/24/26
Pay to the order of: Sysco $ *******2,871.29
**Two Thousand Eight Hundred Seventy-One And 29/100 Dollars*****
Sysco
2001 W Magnolia Ave
Geneva, AL 36340
⑈0000001334⑈ ⑆063112786⑆ 0072760673⑈

09/30/2026 1334 $2,871.29

**BOATHOUSE OYSTER BAR** Hancock Bank 1321
PO Box 62
Destin, FL 32540
Check date: 09/21/26
Pay to the order of: Coastal Ice Distributors $ *********839.50
**Eight Hundred Thirty-Nine And 50/100 Dollars*****
Coastal Ice Distributors
PO Box 5348
Destin, FL 32540
⑈0000001321⑈ ⑆063112786⑆ 0072760673⑈

09/29/2026 1321 $839.50

**BOATHOUSE OYSTER BAR** Hancock Bank 1337
PO Box 62
Destin, FL 32540
Check date: 09/25/26
Pay to the order of: Tyler Mcfadden $ *********900.00
**Nine Hundred And 00/100 Dollars*****
Tyler Mcfadden
105 West Madison Drive
Pensacola, FL 32505
⑈0000001337⑈ ⑆063112786⑆ 0072760673⑈

09/29/2026 1337 $900.00

**BOATHOUSE OYSTER BAR** Hancock Bank 1322
PO Box 62
Destin, FL 32540
Check date: 09/21/26
Pay to the order of: Sysco $ ********1,787.63
**One Thousand Seven Hundred Eighty-Seven And 63/100 Dollars*****
Sysco
2001 W Magnolia Ave
Geneva, AL 36340
⑈0000001322⑈ ⑆063112786⑆ 0072760673⑈

09/30/2026 1322 $1,787.63

**BOATHOUSE OYSTER BAR** Hancock Bank 1324
PO Box 62
Destin, FL 32540
Check date: 09/24/26
Pay to the order of: Petty Cash $ *******15,091.00
**Fifteen Thousand Ninety-One And 00/100 Dollars*****
Petty Cash
⑈0000001324⑈ ⑆063112786⑆ 0072760673⑈

09/24/2026 1324 $15,091.00

In case of errors or questions about your electronic transfers, telephone or write us at the address listed as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Hancock Whitney
Attn: Deposit Services
P.O. Box 4019
Gulfport, MS 39502
1-800-448-8812

**Notice About Electronic Check Conversion**
When you provide a check payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

---

**Handyline Information**

Interest Charges: Interest Charges have been computed on your Handyline Account by applying each Daily Periodic Rate disclosed on the face of this statement to the Daily Balance of your Account over the current billing cycle, and then multiplying the resulting product by the number of days in the billing cycle. The Daily Balance of your Account has been computed by totaling the "Closing Principal Balance" of your Account for each day of your billing cycle and dividing the resulting total by the number of days in the billing cycle.

The closing Principal Balance of your Account for each day of the billing cycle was computed by taking into consideration payments, credits, loan advances and other debits posted to your Account over the billing cycle, but disregarding any unpaid Interest Charges. Interest Charges have been assessed on new loans and other debits under your Account from date of posting, and there is not a time period within which payments may be made in order to completely avoid Interest Charges.

Provided you have not made at least the minimum payment due within fourteen days of the statement date:

1. If you have an unsecured Handyline Account, your checking account has been charged with a minimum payment equal to 1/20th of the disclosed New Balance on the face of this statement (less any amount disputed by you), or $25.00, whichever is greater. If the New Balance of your Account was less than $25.00, your checking account has been charged for the entire New Balance (less any amount disputed by you).
2. If you have a secured Handyline Account, your checking account has been charged with a minimum payment equal to 1/50th of the disclosed New Balance on the face of this statement (less any amount disputed by you), or $100.00, whichever is greater. If the New Balance of your Account was less than $100.00, your checking account has been charged for the entire New Balance (less any amount disputed by you).

You have the option to make additional payments in excess of the minimum payment on your Handyline Account in any amount and at any time, thus reducing your exposure to additional Interest Charges. Payments should be mailed to: Lending Services, P.O. Box 4020, Gulfport, MS 39502, Attn: Handyline. Payments we receive at the above address by 10:00 A.M. will be credited to your Handyline Account as of the date of receipt. Handyline payments made at other bank locations will be promptly credited to your Account, but in no event longer than five (5) days after receipt.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at Hancock Whitney Lending Services, P.O. Box 4019, Gulfport, MS 39502-0420 and include the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. Hancock Whitney clients may call us at 1-800-448-8812, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

CHECK / DEBIT TRANSACTIONS OUTSTANDING THIS MONTH
(Not charged to your account as of statement date)

| Check # or Transaction Type | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

BANK BALANCE AS SHOWN ON THIS STATEMENT $__________

Deposits Not Credited In This Statement Cycle (If Any) $__________

Add Total of Deposits Not Credited +$__________

Subtract Total Outstanding Checks/Debits -$__________

BALANCE =$__________

This balance should agree with your checkbook balance. Remember to deduct service charges/fees (if any) shown on your statement this month.

HANCOCK WHITNEY
PO Box 4019
Gulfport, MS 39502-4019
Electronic Service Requested

EQUAL HOUSING LENDER

FDIC



Statements Dates
09/01/2026 - 09/30/2026

Account Number:
72760703

Images:
0

***ZERO CHECKS* E0**

1
**BOATHOUSE MARINA DOCKS INC**
**ATM ACCOUNT**
**304 BLUE MARLIN CT**
**DESTIN FL 32541**

**VISIT HANCOCKWHITNEY.COM TO ENROLL IN ONLINE BANKING WITH ESTATEMENTS. CALL US AT 800-448-8812.**

## Checking Account Summary

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | 37,539.97 | AVERAGE BALANCE | |
| + 30 CREDITS | 113,390.00 | | 5,410.03 |
| - 12 DEBITS | 143,669.15 | YTD INTEREST PAID | |
| - SERVICE CHARGES | .00 | | .00 |
| + INTEREST PAID | .00 | | |
| ENDING BALANCE | 7,260.82 | | |

*** * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * ***

## • Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 09/01 | 3,157.50 | DLY SETTLE MVNT - CS94175 026244005519219CCD |
| 09/02 | 1,918.50 | DLY SETTLE MVNT - CS94175 026245005913533CCD |
| 09/03 | 1,975.25 | DLY SETTLE MVNT - CS94175 026246006416287CCD |
| 09/04 | 2,824.50 | DLY SETTLE MVNT - CS94175 026247006861996CCD |
| 09/08 | 5,236.00 | DLY SETTLE MVNT - CS94175 026251007149676CCD |
| 09/08 | 5,445.75 | DLY SETTLE MVNT - CS94175 026251007239406CCD |
| 09/08 | 10,386.00 | DLY SETTLE MVNT - CS94175 026251007408183CCD |
| 09/08 | 11,541.75 | DLY SETTLE MVNT - CS94175 026251007408221CCD |
| 09/09 | 3,038.00 | DLY SETTLE MVNT - CS94175 026252007853120CCD |
| 09/10 | 3,414.25 | DLY SETTLE MVNT - CS94175 026253008344015CCD |
| 09/11 | 3,430.50 | DLY SETTLE MVNT - CS94175 026254008756187CCD |
| 09/14 | 3,634.25 | DLY SETTLE MVNT - HG50659 026257009080375CCD |
| 09/14 | 7,023.75 | DLY SETTLE MVNT - CS94175 026257009167029CCD |
| 09/14 | 7,879.50 | DLY SETTLE MVNT - CS94175 026257009275230CCD |
| 09/15 | 2,731.00 | DLY SETTLE MVNT - CS94175 026258009675259CCD |
| 09/16 | 1,991.00 | DLY SETTLE MVNT - CS94175 026259010024606CCD |
| 09/17 | 2,588.25 | DLY SETTLE MVNT - CS94175 026260000466728CCD |
| 09/18 | 3,100.75 | DLY SETTLE MVNT - CS94175 026261000838632CCD |
| 09/21 | 3,670.00 | DLY SETTLE MVNT - CS94175 026264001127401CCD |
| 09/21 | 6,185.25 | DLY SETTLE MVNT - CS94175 026264001220719CCD |
| 09/21 | 11,270.50 | DLY SETTLE MVNT - CS94175 026264001328051CCD |
| 09/22 | 3,177.50 | DLY SETTLE MVNT - CS94175 026265001664012CCD |
| 09/23 | 892.50 | DLY SETTLE MVNT - HG50659 026266001986860CCD |
| 09/24 | 249.75 | DLY SETTLE MVNT - HG50659 026267002395702CCD |
| 09/25 | 442.75 | DLY SETTLE MVNT - CS94175 026268002758461CCD |
| 09/28 | 992.50 | DLY SETTLE MVNT - CS94175 026271003039527CCD |

Case 26-31011-JCO Doc 41-1 Filed 11/06/26 Page 33 of 34

1

PO Box 4019
Gulfport, MS 39502-4019
Electronic Service Requested

EQUAL HOUSING LENDER



Statements Dates
09/01/2026 - 09/30/2026

Account Number:
72760703

Images:
0

**BOATHOUSE MARINA DOCKS INC**
**ATM ACCOUNT**
**304 BLUE MARLIN CT**
**DESTIN FL 32541**

***ZERO CHECKS* E0**

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 09/28 | 1,945.00 | DLY SETTLE MVNT - CS94175 026271003127124CCD |
| 09/28 | 2,468.25 | DLY SETTLE MVNT - CS94175 026271003227118CCD |
| 09/29 | 756.25 | DLY SETTLE MVNT - CS94175 026272003612581CCD |
| 09/30 | 23.25 | DLY SETTLE MVNT - HG50659 026273004039524CCD |

## Other Debits

| Date | Amount | Description |
|---|---|---|
| 09/01 | 20,000.00 | CHANNEL TRANSFER DEBIT OLB XFER TO 0681 |
| 09/01 | 20,000.00 | CHANNEL TRANSFER DEBIT OLB XFER TO 0673 |
| 09/04 | 7,000.00 | CHANNEL TRANSFER DEBIT OLB XFER TO 0681 |
| 09/04 | 1.85 | EFTRANSACT PAYMENT ALLIANCE 026247006883867PPD |
| 09/08 | 13,000.00 | CHANNEL TRANSFER DEBIT OLB XFER TO 0681 |
| 09/08 | 20,000.00 | CHANNEL TRANSFER DEBIT OLB XFER TO 0673 |
| 09/16 | 13,000.00 | CHANNEL TRANSFER DEBIT OLB XFER TO 0673 |
| 09/16 | 20,000.00 | CHANNEL TRANSFER DEBIT OLB XFER TO 0681 |
| 09/21 | 11,000.00 | CHANNEL TRANSFER DEBIT OLB XFER TO 0681 |
| 09/21 | 15,000.00 | CHANNEL TRANSFER DEBIT OLB XFER TO 0673 |
| 09/23 | 1,667.30 | CHANNEL TRANSFER DEBIT OLB XFER TO 0728 |
| 09/24 | 3,000.00 | CHANNEL TRANSFER DEBIT OLB XFER TO 0673 |

## Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/31 | 37,539.97 | 09/11 | 9,906.12 | 09/23 | 3,383.07 |
| 09/01 | 697.47 | 09/14 | 28,443.62 | 09/24 | 632.82 |
| 09/02 | 2,615.97 | 09/15 | 31,174.62 | 09/25 | 1,075.57 |
| 09/03 | 4,591.22 | 09/16 | 165.62 | 09/28 | 6,481.32 |
| 09/04 | 413.87 | 09/17 | 2,753.87 | 09/29 | 7,237.57 |
| 09/08 | 23.37 | 09/18 | 5,854.62 | 09/30 | 7,260.82 |
| 09/09 | 3,061.37 | 09/21 | 980.37 | | |
| 09/10 | 6,475.62 | 09/22 | 4,157.87 | | |

In case of errors or questions about your electronic transfers, telephone or write us at the address listed as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

Hancock Whitney
Attn: Deposit Services
P.O. Box 4019
Gulfport, MS 39502
1-800-448-8812

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Notice About Electronic Check Conversion**
When you provide a check payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

---

## Handyline Information

Interest Charges: Interest Charges have been computed on your Handyline Account by applying each Daily Periodic Rate disclosed on the face of this statement to the Daily Balance of your Account over the current billing cycle, and then multiplying the resulting product by the number of days in the billing cycle. The Daily Balance of your Account has been computed by totaling the "Closing Principal Balance" of your Account for each day of your billing cycle and dividing the resulting total by the number of days in the billing cycle.

The closing Principal Balance of your Account for each day of the billing cycle was computed by taking into consideration payments, credits, loan advances and other debits posted to your Account over the billing cycle, but disregarding any unpaid Interest Charges. Interest Charges have been assessed on new loans and other debits under your Account from date of posting, and there is not a time period within which payments may be made in order to completely avoid Interest Charges.

Provided you have not made at least the minimum payment due within fourteen days of the statement date:

1. If you have an unsecured Handyline Account, your checking account has been charged with a minimum payment equal to 1/20th of the disclosed New Balance on the face of this statement (less any amount disputed by you), or $25.00, whichever is greater. If the New Balance of your Account was less than $25.00, your checking account has been charged for the entire New Balance (less any amount disputed by you).
2. If you have a secured Handyline Account, your checking account has been charged with a minimum payment equal to 1/50th of the disclosed New Balance on the face of this statement (less any amount disputed by you), or $100.00, whichever is greater. If the New Balance of your Account was less than $100.00, your checking account has been charged for the entire New Balance (less any amount disputed by you).

You have the option to make additional payments in excess of the minimum payment on your Handyline Account in any amount and at any time, thus reducing your exposure to additional Interest Charges. Payments should be mailed to: Lending Services, P.O. Box 4020, Gulfport, MS 39502, Attn: Handyline. Payments we receive at the above address by 10:00 A.M. will be credited to your Handyline Account as of the date of receipt. Handyline payments made at other bank locations will be promptly credited to your Account, but in no event longer than five (5) days after receipt.

## What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at Hancock Whitney Lending Services, P.O. Box 4019, Gulfport, MS 39502-0420 and include the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. Hancock Whitney clients may call us at 1-800-448-8812, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECK / DEBIT TRANSACTIONS OUTSTANDING THIS MONTH
(Not charged to your account as of statement date)

| Check # or Transaction Type | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

BANK BALANCE AS SHOWN ON THIS STATEMENT $__________

Deposits Not Credited In This Statement Cycle (If Any) $__________

Add Total of Deposits Not Credited +$__________

Subtract Total Outstanding Checks/Debits -$__________

BALANCE =$__________

This balance should agree with your checkbook balance. Remember to deduct service charges/fees (if any) shown on your statement this month.